**FILED**

JAN 2 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Mr. Jeffrey Mc Dowell

2  H-97882  2-128Low

3  C.S.P. Solano

4  Vacaville, Ca

5      95696

6

7  Mr.

2:13 - CV - 170_ CKD - PC

8      Pro Per Litigant            42 Sec 1983 Civil Complaint

9

10

11      Vs

12

13

14  CAL PIA et al Department
   of Corrections and
15  Rehabilitations.

16      Defendants

17

18          IN THE EASTERN DISTRICT COURT

19              OF CALIFORNIA

20

21      Wherefore,

22      Plaintiff brings fourth      42§ 1983 Civil Complaint

23  upon Defendant for its negligence of issuing (PIA) prison

24  soap to an indigent inmate which contained (CARCINOGEN) a

25  cancer forming agent which violated SAFE DRINKING WATER AND

26  TOXIC ENFORCEMENT ACT of 1986 (PROPOSITION 65 and Constitutional

27  Amend 5, 6, 8, and 14th.

28

1    Plaintiff states we the people of the United States ,

2  an order to form a more perfect Union, establish Justice,

3  insure domestic Tranquillity, provide for the common defense,

4  promote the general welfare, and secure the blessings of Liberty

5  to ourselves and our posterity, do ordain and establish this

6  Constitution for the United States of America.

7

8    Plaintiff States a complaint must contain sufficient

9  factual matter, accepted as true, to state a claim to relief

10  that is plausible on its face." Ascroft v. Iqbal, 566 U.S.

11  662 129 S.ct 1937, 1949 (2009).

12

13    Plaintiff states he has been incarcerated for _6_ years

14  and within the last 2 to 3 years been forced, due to indigent

15  status to use CAL PIA brand soap which is Distributed in prisons

16  in California Namely Solano.

17

18   Plaintiff states Defendant issues out supplies at C.S.P.

19  Solano which consist of CAL PIA soap so that indigent inmates

20  may comply with C.D.C.R. Title 15§ 3060, 3061, and 3062 (a).

21

22    Plaintiff states as an Indigent inmate he is forced to

23  use state issued (PIA) soap per Title 15§ 3060, 3061, 3062

24  (a) or be subject to receive a C.D.C.R.     violation per

25  §3062(m) which States; **INMATE GROOMING STANDARDS.**

26

27               (m) An inmate who fails to comply with

28               these grooming standards may be deemed

1                 a program failure, pursuant to section

2                 3062, subject to progressive discipline

3                 and Classification committee review

4                 for appropriate housing and program

5                 placement Physical force shall not be

6                 used to enforce compliance with these

7                 regulations except as permitted by existing

8                 law or with a court ORDER. and due to

9                 the severity of such law I am forced

10                 to use the soap provided by the state

11                 to comply with such rules and regulations.

12

13     Plaintiff states that if he does not abide by rules set

14 fourth by C.D.C.R. and its Title 15 I would be subject to

15 a Violation of rule 3062(m) which would restrain my Liberty

16 and show cruel and unusual punishment according to the 8th

17 Amendment.

18

19     Plaintiff states CAL PIA soap was discovered to posses

20 an ingredient **called (CARCINOGEN)** which is a cancer forming

21 agent. EXHIBIT A. Memorandum dated 7-29-12.

22

23     Plaintiff states CAL PIA Distribution of soap which contains

24 **(CARCINOGEN)** is a violation of SAFE DRINKING WATER AND TOXIC

25 ENFORCEMENT ACT of 1986 per Proposition 65 which states:

26                 "No person in the coarse of doing

27                 business shall knowingly and

28

1    intentionally expose any individual

2    to a chemical known to the state

3    to cause cancer or reproduce

4    toxicity without first giving

5    clear and reasonable warning

6    to such individual."

7

8    Plaintiff states not only did the defendant produce and

9    Distribute Toxic soap per Memorandum Dated 7-29-12, but they

10   have known about it for the past four years. EXHIBIT Ɓ. Affidavit

11

12   Plaintiff states he has used the soap produced and

13   Distributed by the defendant for over 2 years which violated

14   his general welfare. Where CAL PIA's annual review of product

15   MATERIAL SAFETY DATA SHEETS a trace amount of chemical that

16   is listed for review under the SAFE DRINKING WATER and TOXIC

17   ENFORCEMENT ACT of 1986 Proposition 65) as a (CARCINOGEN)

18   was found to be present in CAL PIA'S bar soap. CAL PIA has

19   ceased production of soap using this ingredient.

20

21   Plaintiff states CAL PIA states "During an annual inspection

22   a trace amount of a chemical listed as a carcinogen under

23   proposition 65 was found to be present in the soap's fragrance,

24   and states. P.g. 1 of 6 POTENTIAL HEALTH EFFECTS: see Section

25   11 for more information. LIKELY Routes of exposures: EYE CONTACT,

26   SKIN CONTACT, INHALATION, INGESTION. P.g. 4 of 6 SECTION 11:

27   TOXICOLOGICAL INFO:Component Toxicity, inhalation, eye, skin,

28

1  ingestion.

2

3      Plaintiff states Per Aegis Regulatory INC Defendant released

4  a Material Safety Data Sheet for customers alert pertaining

5  to bar soaps products dated July 30, 2012. EXHIBIT C.

6

7      Plaintiff states when pours are opened from showering

8  in hot water it allows the Toxic (PIA) soap which contains

9  the agent (CARCINOGEN) WHICH PRODUCES Cancer to enter the

10  Blood stream, and thus travel to organs inside the body.

11

12     Plaintiff states that he will suffer from LONG TERM unknown

13  damages which are IRREVERSIBLE due to the negligence of the

14  defendant supplying TOXIC soap which contained an agent known

15  as (CARCINOGEN) which is defined as a cause of Cancer.

16

17     Plaintiff states he is suffering Mental Anguish where

18  as an INDIGENT Inmate he has relied on the state (PIA) soap

19  to clean him as suggested per C.D.C.R. Title 15 Sec 3060,

20  3061, and 3062(a) for 2 to 3 years, (DAILY.)

21

22

23     Plaintiff states due to the negligence of Defendants

24  he has suffered symptoms: Frequent Urination, Nighttime Urination

25  Muscular & Bone Aches, Headaches, and Changing of the skin,

26  Consistent with Bladder, Lung, Neuralgic, and Muscular Cancer.

27

28     Plaintiff states Memorandum Dated 7-29-12 WAS

1   issued by CAL PIA admitting their Indifferent Negligence and

2   its signature of receipt and acknowledgment of Gary Swarthout

3   the Warden at C.S.P. Solano which shows PRIMA FACIE of consent

4   by the agency per Quern v. Jordan 440 U.S. 332 (1979); Alabama

5   V. Pugh, 438 U.S 781 (1978) per curiam; Jackson V. Hayakawa,

6   682 F.2d 1344. 1349-50 (9th Cir 1982) admitting guilt by

7   informing custody guardian of dangers which violates the 5th

8   Amendment.

9

10   Plaintiff states he has exhausted all remedies per 42

11   U.S.C. § 1997 (e)(a) where again defendant admitted wrong

12   with Memorandum Dated 7-29-12 and with CAL PIA customer Alert

13   which list a trace amount of a chemical listed as CARCINOGEN

14   under Proposition 65 was found to be present in the soap's

15   fragrance... and potential Health effects SEE Section 11

16   for more information of Data sheet States PRIMA FACIE of

17   exhaustion where the state Agency has admitted to the

18   introduction into my body, a toxic Agent known as (CARCINOGEN)

19   Which is known to induce Cancer.

20

21

22   Plaintiff states he has the right to relief for the

23   negligence of Defendant per Bell Atlantic Corp. V. Twombly,

24   550 US 544, 127 S.Ct 1955, 1965 (2007) for their violation

25   of 5th, 6th, 8th, and 14th Amendment.

26

27   Plaintiff has been prescribed medications for his symptoms.
    EXHIBIT D.

28

1      Plaintiff states that the Defendants consent to complaint with enclosed

2  Memorandum dated 7-29-12 states PRIMA FACIE where if a prisoner official

3  in certain circumstances adopts certain conduct in certain circumstances

4  known to him, and that conduct is Forbiden by the law; under those

5  circumstances; he intentionally "breaks the law", in the only sence in

6  which the law ever considers intent, (Horning V District of Columbia, 254

7  U.S 135, 137; 41 S.Ct. 53, 54). Every person who, under color of any statue,

8  ordinance, regulation, custom or usage, of any state territory, subjects,

9  or causes to be subjected, any prisoner of the Untited States, or other

10  persons within the Jurisdiction thereof to the deprivation of any rights,

11  privillages, or immunities; secured by the Federal , or state constitution,

12  and Laws; shall be liable to the party injured in an action at law, suit

13  in equity, or other proper proceedure for Redress., (Monroe V Pape, 365

14  U..S 167; 81 S.Ct. 473). Defendant had actual knowledge of the irrepariable

15  harm to Plaintiff, and that the state regulations were, "longstanding

16  pervasive, well-Documented, and Expressly noted.

17

18      Plaintiff states CARCINOGENS may increase the risk of Cancer by altering

19  cellular metabolism or damaging DNA directly in cells which interferes with

20  biological processes, and induces uncontrolled, malignant division, ultimately

21  leading to the formation of tumors. Usually DNA damage, if too severe to repair

22  leads to programmed cell death, but if the programmed cell death pathway is

23  damaged, then the cell cannot prevent itself from becomming a cancer cell.

24      Plaintiff states that he has a claim where Warden of custody receives

25  Memorandum of which recalls the CAL PIA soap due to its dangerous Toxic agent

26  known as CARCINOGEN which per Proposition 65 violates SAFE DRINKING WATER and

27  TOXIC ENFORCEMENT Act of 1986 Due to the Affidavitt of Mario Williams F-96771

28  dated 11-16-12.

1

## CARCINOGEN

2    Substances known to cause and/or promote cancer. Carcinogens

3    can be created by humans, such as cigarette smoke, or simply be

4    present naturally in the environment, as is ultraviolent radiation

5    from the sun. Both of which are known to play a major role in the

6    development of cancer. X-rays and viruses are also known

7    carcinogens.

8

9

## CANCER

10    A cancer is a group of cells (usually derived from a single

11    cell) that has lost its normal control mechanisms and thus has

12    unregulated growth. Cancerous (malignant) cells can develop from

13    any tissue within any organ. As cancerous cells grow and multiply,

14    they form a mass of cancerous tissue... The change in the cells

15    genetic material may occur spontaneously or be brought on by an

16    agent that causes cancer, a carcinogen.

17

18    Forms of cancer may include but are not limited to...

19    1. BLADDER CANCER: Which is a tumor that developes on the surface

20    of the bladder wall or that grows within the bladder wall and

21    quickly invades underlying muscles. Bladder tumors are most

22    common in men over age 50 and occur more often in densely

23    populated industrial areas.

24          CAUSE: Certain carcinogenic substances which include

25                Naphthylamine, Benzidine, Tobacco, and Nitrates.

26        SYMPTOMS: 25% of people with bladder cancer have no

27                symptoms during the early stages. Other(s) bladder

28                irritability, frequent urination, nighttime

1                urination, and urine dribbling.

2
3
2. LUNG CANCER: Usually develops within the wall or lining of the
bronchial tree, the system of branching air passages within
4
the lungs. Some people have survived for 5 years or more with
5
diagnosed lung cancer. However, the general prognosis is poor.
6
Although it is largely preventable, lung cancer is the most
7
common cause of cancer death in men and is fast becoming the
8
most common cause in women.
9
          CAUSE: Experts agree that lung cancer is caused by
10
                inhalation of carcinogenic pollutants.
11
      SYMPTOMS: Lung cancer really causes symptoms in its early
12
             stage. This disease is often advanced at
13
             diagnosis... Lung cancer may spread to any part
14
             of the body. Most commonly to the brain, spinal
15
             cord, liver, and bone. The effects of cancer
16
             spread very greatly depending on tumor size and
17
             location.
18

19 3. DEPRESSION: Often results of cancer can be related to the
20 symptoms of the illness, a fear of dying, and a loss of
21 independance. Additionally some cancers may produce substances
22 that directly cause depression by affecting the brain.

23
24
4. NEUROLOGIC AND MUSCULAR SYMPTOMS: Cancer can grow into or
compass compress nerves, causing any or several neurologic and
25
muscular symptoms, including a change in sensations (such as
26
tingling sensations) or muscle weakness. When cancer grows in
27
the brain symptoms may be hard to pinpoint but can include
28

DURT PAPER
ATE OF CALIFORNIA
D. 113 (REV. 8-72)
34759

1   confusion, dizziness, headaches, nausea, changes in vision, and
2   seizures. Neurologic symptoms may also be part of a Paraneo-
3   Pananeoplastic Syndrome.

4       Paraneoplastic Syndrome occurs when a cancer produces on
5   or more substances that circulate in the bloodstream. Such as
6   hormones, cytokines (a type of protein), or other proteins.
7   These substances can affect the function of other tissues and
8   organs, resulting in a variety of symptoms termed Paraneoplastic
9   Syndromes. Some substances damage organs or tissues by causing
10  an auto immune reaction. Others directly interfere with the
11  function of different organs or actually destroy tissues.
12  Symptoms such as low blood sugar, diarehea, and high blood
13  pressure can result.

14      Polyneuropathy occurs as a dysfunction of peripherel nerves
15  resulting in weakness, loss of sensation, and reduced reflexes,
16  subacute sensory neuropathy occurs as a rare form of
17  Polyneuropathy that sometimes develops before the cancer is
18  diagnosed. It causes a disabling loss of sensation and
19  incoordination but little weakness. Subacute Cerebellar
20  Degeneration occurs in women with breast or ovarian cancer.
21  This disorder may be caused by an Autoantibody (an antibody that
22  attacks the body's own tissues) that destroys the cerebellum.
23  Symptoms include unsteadiness in walking, incoordination of the
24  arms and legs, difficulty speaking, dizziness, and double vision
25  may appear weeks, months, or even years before the cancer is
26  detected. Subaccute Cerebellar Degeneration usually worsens over
27  weeks or months often resulting in severe disability.

28

1    Spasms of the eye and muscles and lack of coordination of

2    movements can occur in some children with Neuroblastoma.

3    Uncontrollable eye movements (opsoclonus) and quick lightning

4    like muscle contractions (myclonus) occur in the muscles of the

5    trunk arm and legs.

6    Subacute Motor Neuropathy occurs in some people with

7    Hodgkins Disease. The nerve cells of the spinal cord are

8    indirectly affected weakening the arms and legs in a pattern

9    similar to that due to Polyneuropathy. Polymyositis occurs as

10   muscle weakness and soreness resulting from muscle inflammation

11   when Polymyositis is accompanied by skin inflammation. The

12   condition is called Dermatomyositis.

13   Cushings Syndrome, or Antidivretic Hormone, causing water

14   retention and low sodium levels in the blood (Hyponatremia).

15

16                       PROPOSITION 65

17   States in part: "No person in the course of doing business

18   shall knowingly and intentionally expose any individual to a

19   chemical known to the state to cause cancer or reproduce toxicity

20   with first giving clear and reasonable warning to such

21   individual..." (S25249.6)

22

23

24

25

26

27

28

1

## PRAYER FOR RELIEF

2

3    **Plaintiff** PRAYS THE COURT GRANT SAID CASE AND AWARD DAMAGES IN THE AMOUNT OF 500(K), Compassion

4    ate release, and Any other damages the court deem necessary.

5

6    I declare under the penalty and perjury of law the foregoing true and correct as the Document

7    upon which the UNITED STATES was founded. DATED 1/24/13   x _____

pro se litigant

8
Jeffrey McDowell    97882

H-97882    2-128Low

9
C..S.P. Solano

10
Vacaville, Ca

11
95696

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    July 29, 2012

To      :    CSP-SOLANO STAFF
             and INMATES

Subject:    CALPIA SOAP RECALL

The purpose of this memorandum is to provide information regarding the recent recall of soap at California State Prison-Solano.

The California Prison Industry Authority (CALPIA) is recommending that its customers stop using bar soap already purchased from CALPIA.

During CALPIA's annual review of product Material Safety Data Sheets a trace amount of chemical that is listed for review under the Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65) as a carcinogen was found to be present in CALPIA's bar soaps. CALPIA has ceased production of soap using this ingredient.

CALPIA is producing replacement soap throughout the weekend and will start shipping new soap on Saturday, July 28.

In an abundance of caution, CALPIA is discontinuing this product and recommends that products already purchased be returned to CALPIA.

If you have any question concerning this you may contact the AA/PIO or your respective facility management team.

GARY SWARTHOUT
Warden
California State Prison-Solano

# EXHIBIT B

1             D E C L A R A T I O N

2

3     I, **Mario Williams  F-96771**                 , declare:

4        On   October 5, 2012, Tim Heart PIA Manager interviewed

5  me in building reguarding my appeal on the PIA soap. He

   verbally says that CAL PIA was aware in 2007 that the soap

6  was tested for a chemical that was Toxic." I asked him why

7  I was not notified that the PIA SOAP has a harmfull chemical

8  in 2007? He stated that "they did not care about me and was

   trying to kill me." and then started laughing. Tim Hart says

9  "that they now care on Octeber 5, 2012, and decided to pull

10 the CAL PIA soap in July 2012."

11       Per California Civil Code and Proceedures §2011, and

   that the foregoing true and correct as the document upon which

12 the UNITED STATES was founded.

13

14

15

16

17

18

19

20

21

22

23

24       I certify under penalty of perjury under the laws of the

25 State of California that the foregoing is true and correct.

26

27 Dated: _11 - 16 - 12_     Signed: _Mario Williams_

EXHIBIT C



State of California
Department of Corrections and Rehabilitation

July 30, 2012
FOR IMMEDIATE RELEASE.

Contact: Eric Reslock
(916) 358-1802
(916) 764-1696, cell

# Updated CALPIA Customer Alert: Bar Soap Products

SACRAMENTO —The California Prison Industry Authority (CALPIA) recommends that its customers stop using bar soap already purchased from CALPIA.

CALPIA began shipping replacement soap on Saturday, July 28 with the goal of providing every customer with new soap by COB Wednesday, August 1.

CALPIA has not been contacted by anyone reporting health concerns associated with the bar soap product.

During an annual inspection, a trace amount of a chemical listed as a carcinogen under Proposition 65 was found to be present in the soap's fragrance.

This chemical is a natural organic compound that is listed as a third tier priority for the State of California to study. It may be 3-5 years before the State issues guidelines with respect to maximum exposure levels. This product is not hazardous by OSHA criteria and does not contain any carcinogens or potential carcinogens as listed by ACGIH, IARC, OSHA, or NTP.

In the absence of guidance under Proposition 65, CALPIA discontinued using the chemical in this product and recommends that unused products already purchased be returned to CALPIA. Used soap should be disposed of according to instructions sent to each institution.

CALPIA will reimburse customers for unused soap currently in their possession. CALPIA will also reimburse customers for any additional cost incurred in the procurement of soap from any other vendor between now and the delivery of the new soap.

If you have questions as to the status of delivery to your institution, please contact Scott Perkins at the number below.

- Scott Perkins (product needs/logistics) - Scott.Perkins@calpia.ca.gov or (916) 605-8503
- Eric Reslock (product information) - Eric.Reslock@calpia.ca.gov or (916) 764-1696

*CALPIA is a self-financed and self-sufficient state entity that receives all of its revenue from the sale of products it manufactures. The recidivism rate among CALPIA offenders is 24 to 30 percent lower than the general prison population, a success attributed to the job skills that they receive by working in CALPIA business enterprises.*

###



Quality Products ⋆ Changed Lives ⋆ A Safer California

MATERIAL SAFETY DATA SHEET                                          Barz & Bitz Bar Soap

## Section 1: PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **Product Name:** | Barz & Bitz Bar Soap |
| **Synonyms:** | PIA Description Numbers: 198000.1; 198100.1; 198200.1; 198300.1; 199000.2; 199100.2 |
| **Product Use:** | Soap. |
| **Manufacturer/Supplier:** | California Prison Industry Authority CSP-Los Angeles County 44750 60th Street West Lancaster, CA 93536 |
| **Phone Number:** | (661) 729-2000 Ext. #7930 |
| **Emergency Phone:** | 1 (800) 424-9300 |
| **Date of Preparation:** | July 30, 2012 (For Barz & Bitz Bar Soaps produced prior to July 28, 2012) |

## Section 2: HAZARDS IDENTIFICATION

**EMERGENCY OVERVIEW**
CAUTION
MAY IRRITATE EYES AND SKIN.

Color: White.
Physical State: Solid.
Odor: Soap.

| Personal Protection Equipment | DOT (Ground) |
|---|---|
| Not required under normal conditions of use. | Not regulated. |

**Potential Health Effects:**      See Section 11 for more information.

**Likely Routes of Exposure:**      Eye contact. Skin contact. Inhalation. Ingestion.

**Inhalation:**      May cause respiratory tract irritation. Signs/symptoms may include cough, sneezing, nasal discharge, headache, hoarseness, and nose and throat pain.

**Eye:**      May be irritating to eyes. Signs/symptoms may include redness, swelling, pain, tearing, and blurred or hazy vision.

**Skin:**      May be irritating to skin with prolonged contact. Signs/symptoms may include localized redness, swelling, and itching.

**Ingestion:**      May cause gastrointestinal irritation. Signs/symptoms may include abdominal pain, stomach upset, nausea, vomiting and diarrhea.

**Medical Conditions Aggravated By Exposure:**      Not available.

**Target Organs:**      Skin. Eyes. Gastrointestinal tract. Respiratory system.

**Potential Environmental Effects:**      See Section 12 for more information.

This material is not considered hazardous by the OSHA Hazard Communication Standard, (29 CFR 1910.1200).



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

# Barz & Bitz Bar Soap

## Section 3: COMPOSITION / INFORMATION ON INGREDIENTS

**Component** ~ **CAS No.** **% wt. / wt.**

Components are non-hazardous and/or present at amounts below reporting thresholds.

## Section 4: FIRST AID MEASURES

| | |
|---|---|
| **Inhalation:** | Remove person to fresh air. If breathing has stopped apply artificial respiration. If signs/symptoms develop, get medical attention. |
| **Eye Contact:** | Flush eyes with plenty of water for at least 15 minutes. If signs/symptoms persist, get medical attention. |
| **Skin Contact:** | Flush skin with water while removing contaminated clothing and shoes. If signs/symptoms develop, get medical attention. |
| **Ingestion:** | Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Get medical attention immediately. |
| **General Advice:** | In case of accident or if you feel unwell, seek medical advice immediately (show the label or MSDS where possible). |
| **Note to Physicians:** | Symptoms may not appear immediately. |

## Section 5: FIRE FIGHTING MEASURES

**Flammability:** Not flammable or combustible by OSHA criteria.

**Means of Extinction**
**Suitable Extinguishing Media:** Dry chemical. Carbon dioxide. Water spray. Foam.
**Unsuitable Extinguishing Media:** Not available.

**Products of Combustion:** Not available.

**Protection of Firefighters:** Keep upwind of fire. Wear full firefighting turn-out gear (full Bunker gear) and self-contained breathing apparatus. Use of water will create slippery conditions.

**Explosion Data**
**Sensitivity to Mechanical Impact:** This material is not sensitive to mechanical impact.
**Sensitivity to Static Discharge:** This material is not sensitive to static discharge.

## Section 6: ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| **Personal Precautions:** | Use personal protection recommended in Section 8. Isolate the hazard area and deny entry to unnecessary and unprotected personnel. |
| **Environmental Precautions:** | Not normally required. |
| **Methods for Containment:** | Not normally required. |
| **Methods for Clean-Up:** | Sweep up and shovel into suitable containers for disposal. Use of water will create slippery conditions. |
| **Other Information:** | Dispose of in accordance with all federal, state and local regulations. Comply with federal, state, and local requirements for spill and/or release notification. |

Aegis Regulatory Inc.



**MATERIAL SAFETY DATA SHEET**

Barz & Bitz Bar Soap

### Section 7: HANDLING AND STORAGE

#### Handling:
Do not breathe dusts. Do not swallow. Avoid contact with eyes and prolonged contact with skin. Handle and open container with care. When using do not eat or drink. Wash hands before eating, drinking, or smoking. See Section 8 for information on Personal Protective Equipment.

#### Storage:
Store in a cool, well-ventilated area, away from incompatibles (see Section 10). Keep out of the reach of children.

### Section 8: EXPOSURE CONTROLS / PERSONAL PROTECTION

**Exposure Guidelines**
**Component**

No TLV or PEL limits established.

| | |
|---|---|
| **Engineering Controls:** | Not normally required. |
| **Personal Protective Equipment** | |
| **Eye/Face Protection:** | Not normally required. |
| **Hand Protection:** | Not normally required. |
| **Skin and Body Protection:** | Not normally required. |
| **Respiratory Protection:** | Not normally required. |
| **General Hygiene Considerations:** | Handle according to established industrial hygiene and safety practices. |

### Section 9: PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Appearance:** | Solid bar. |
| **Color:** | White. |
| **Odor:** | Soap. |
| **Odor Threshold:** | Not available. |
| **Physical State:** | Solid. |
| **pH:** | Not available. |
| **Viscosity:** | Not available. |
| **Melting Point:** | Not available. |
| **Boiling Point:** | Not available. |
| **Flash Point:** | Not available. |
| **Evaporation Rate:** | Not available. |
| **Lower Flammability Limit:** | Not available. |
| **Upper Flammability Limit:** | Not available. |

Aegis Regulatory Inc.



MATERIAL SAFETY DATA SHEET

**Barz & Bitz Bar Soap**

| Vapor Pressure: | Not available. |
|---|---|
| Vapor Density: | Not available. |
| Specific Gravity: | 1.02 to 1.04 (Water = 1) |
| Density: | Not available. |
| Solubility in Water: | Miscible. |
| Coefficient of Water/Oil Distribution: | Not available. |
| Auto-ignition Temperature: | Not available. |
| Percent Volatile, wt. %: | Not available. |
| VOC content, wt. %: | Not available. |

### SECTION 10: STABILITY AND REACTIVITY

| Stability: | Stable under normal storage conditions. |
|---|---|
| Conditions of Reactivity: | Not available. |
| Incompatible Materials: | Strong oxidizers. |
| Hazardous Decomposition Products: | Not available. |
| Possibility of Hazardous Reactions: | None known. |

### SECTION 11: TOXICOLOGICAL INFORMATION

**EFFECTS OF ACUTE EXPOSURE**

**Component Toxicity**
No acute toxicity values available.

| Inhalation: | May cause respiratory tract irritation. Signs/symptoms may include cough, sneezing, nasal discharge, headache, hoarseness, and nose and throat pain. |
|---|---|
| Eye: | May be irritating to eyes. Signs/symptoms may include redness, swelling, pain, tearing, and blurred or hazy vision. |
| Skin: | May be irritating to skin with prolonged contact. Signs/symptoms may include localized redness, swelling, and itching. |
| Ingestion: | May cause gastrointestinal irritation. Signs/symptoms may include abdominal pain, stomach upset, nausea, vomiting and diarrhea. |

| Skin Sensitization: | Not hazardous by OSHA criteria. |
|---|---|
| Respiratory Sensitization: | Not hazardous by OSHA criteria. |

**EFFECTS OF CHRONIC EXPOSURE**

| Target Organs: | Skin. Eyes. Gastrointestinal tract. Respiratory system. |
|---|---|
| Chronic Effects: | Prolonged or repeated contact may dry skin and cause irritation. |
| Carcinogenicity: | Not hazardous by OSHA criteria. This product does not contain any carcinogens or potential carcinogens as listed by ACGIH, IARC, OSHA, or NTP. |

Aegis Regulatory Inc.



Quality Products → Changed Lives → A Safer California

MATERIAL SAFETY DATA SHEET

Barz & Bitz Bar Soap

| Mutagenicity: | Not hazardous by OSHA criteria. |
|---|---|
| Reproductive Effects: | Not hazardous by OSHA criteria. |
| Developmental Effects | |
| Teratogenicity: | Not hazardous by OSHA criteria. |
| Embryotoxicity: | Not hazardous by OSHA criteria. |

**Toxicologically Synergistic Materials:** Not available.

### Section 12: ECOLOGICAL INFORMATION

| Ecotoxicity: | Not available. |
|---|---|
| Persistence / Degradability: | Not available. |
| Bioaccumulation / Accumulation: | Not available. |
| Mobility in Environment: | Not available. |

### Section 13: DISPOSAL CONSIDERATIONS

Disposal Instructions: Disposal should be in accordance with applicable Federal, State and local laws and regulations. Local regulations may be more stringent than State or Federal requirements.

### Section 14: TRANSPORTATION INFORMATION

DOT
| Proper Shipping Name: | Not regulated. |
|---|---|
| Class: | Not applicable. |
| UN Number: | Not applicable. |
| Packing Group: | Not applicable. |
| Label Code: | Not applicable. |

### Section 15: REGULATORY INFORMATION

**Chemical Inventories**

US (TSCA)
The components of this product are in compliance with the chemical notification requirements of TSCA.

**Federal Regulations**

This MSDS has been prepared to meet the U.S. OSHA Hazard Communication Standard, 29 CFR 1910.1200.

SARA Title III
None of the components are listed.

Aegis Regulatory Inc.



MATERIAL SAFETY DATA SHEET

Barz & Bitz Bar Soap

**California**

**California Prop 65:** WARNING: This product contains chemicals known to the State of California to cause cancer, birth defects or other reproductive harm.

**Component** Type of Toxicity
**Estragole** cancer

---

**Section 16: OTHER INFORMATION**

**NFPA 704** **HMIS III**


Flammability

Health

Instability



**Disclaimer:**

The information contained in this document applies to this specific material as supplied. It may not be valid for this material if it is used in combination with any other materials. It is the user's responsibility to satisfy oneself as to the suitability and completeness of this information for his own particular use.

**Version:** 1.0

**MSDS Prepared by:** Aegis Regulatory Inc.

(519) 488-0351

www.aegisreg.com

Aegis Regulatory Inc.

# EXHIBIT D

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - ACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**

**CDCR#: H97882   Unit#: A  002 1128001L**

**SOLANO, CALIFORNIA STATE PRISON**

**Patient Labels In: ENGLISH**

Page 1 of 7

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ☐ Stop | HYDROXYZINE HCL 25 mg TABLET (hydroxyzine hcl 25 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PRURITIS **KOP** "REQUEST REFILL." | 12/11/2012 | 12/11/2012 | 6/8/2013 | 456910975<br>CHEN-MD, YU. | 5.5 | 60 | 30 |
| ☐ Renew | ☐ Stop | LORATADINE 10 mg TABLET (loratadine 10 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH DAILY **KOP** "REQUEST REFILL" | 12/7/2012 | 12/7/2012 | 3/7/2013 | 456906929<br>CHEN-MD, YU. | 2 | 30 | 30 |
| ☐ Renew | ☐ Stop | MIRTAZAPINE 15 mg TABLET (mirtazapine 15 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY DAY AT NOON **DOT** ** DOT | 12/5/2012 | 12/5/2012 | 3/4/2013 | 436301414-1<br>SHAMASUNDARA-MH, P. | 2 | 30 | 30 |
| ☐ Renew | ☐ Stop | NAPROXEN 500 mg TABLET (naproxen 500 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR LOWER BACK PAIN **KOP**<br>"REQUEST REFILL." | 12/11/2012 | 12/11/2012 | 12/10/2013 | 456910974<br>CHEN-MD, YU. | 11.5 | 60 | 30 |
| ☐ Renew | ☐ Stop | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet)<br>SIG: TAKE 2 TABLETS (1200MG) BY MOUTH EVERY DAY AT NOON **DOT** ** DOT | 12/11/2012 | 12/11/2012 | 3/10/2013 | 436302997-1<br>CHEN-MD, YU. | 2 | 60 | 30 |

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**

**CDCR#: H97882   Unit#: A  002 1128001L**

**SOLANO, CALIFORNIA STATE PRISON**

**Patient Labels In: ENGLISH**

| | Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | AMITRIPTYLINE HCL 25 mg TABLET (amitriptyline hcl 25 mg tab)<br>SIG: TAKE 3 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME FOR CHRONIC PAIN ** N/A | 2/23/2012 D/A 5/10/2012 | 5/18/2012 456458375-3<br>MA-MD, J. | | 9 | 90 | 30 |
| ☐ Renew | AMITRIPTYLINE HCL 25 mg TABLET (amitriptyline hcl 25 mg tab)<br>SIG: (START 2/3) TAKE 3 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME FOR CHRONIC PAIN ** N/A | 1/30/2012 D/A 1/30/2012 | 2/15/2012 456410952-1<br>MA-MD, J. | 3.555 | 120 | 40 |

�Ω ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

**Allergies:** Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

| SUBSTITUTION PERMITTED<br>SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR<br>CONTROLLED SUBSTANCES |
|---|---|---|---|

*** SEND TO PHARMACY ONCE COMPLETE ***

"NF" - Nonformulary Medication
12/21/2012 12:01:10 PM

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**
**CDCR#: H97882   Unit#: A  602 1128001L**

**SOLANO, CALIFORNIA STATE PRISON**
**Patient Labels In: ENGLISH**

| | Drug Name (Generic Name) | Start Date | Last Dispense/Reactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | **AMITRIPTYLINE HCL 25 mg TABLET** (amitriptyline hcl 25 mg tab ud)<br>SIG: TAKE 3 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME FOR CHRONIC PAIN ** NOW-NA | 2/23/2012 D/A 2/23/2012 | 2/29/2012 | 126304577-1<br>MA-MD, J. | 0 | 90 | 30 |
| ☐ Renew | **AMITRIPTYLINE HCL 25 mg TABLET** (amitriptyline hcl 25 mg tab ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME FOR 7 DAYS FOR CHRONIC PAIN ** NOW-NA | 1/20/2012 D/A 1/20/2012 | 1/27/2012 | 126287047-1<br>MA-MD, J. | 0 | 7 | 7 |
| ☐ Renew | **CHLORHEXIDINE GLUCONATE 4 % LIQUID** (chlorhexidine 4% scrub)<br>SIG: APPLY TO SKIN TOPICALLY EVERY OTHER DAY ***DISCHARGE MEDS*** MHCBU ** NOW-NA | 11/5/2012 D/A 11/5/2012 | 11/14/2012 | 126380880-1<br>NANGALAMA-MD, A. | 1 | 118 | 30 |
| ☐ Renew | **CHLORHEXIDINE GLUCONATE 4 % LIQUID** (chlorhexidine 4% scrub)<br>SIG: APPLY TO SKIN TOPICALLY EVERY OTHER DAY MHCBU ** NOW-NA | 10/24/2012 D/A | 11/5/2012 | 126377443-1<br>NANGALAMA-MD, A. | 0 | 118 | 30 |
| ☐ Renew | **CHLORHEXIDINE GLUCONATE 4 % LIQUID** (chlorhexidine 4% scrub)<br>SIG: APPLY TO SKIN EVERY OTHER DAY ** KOP | 8/3/2012 D/A 9/17/2012 | 10/24/2012 | 126354148-2<br>MA-MD, J. | 2 | 118 | 15 |
| ☐ Renew | **CHLORHEXIDINE GLUCONATE 4 % LIQUID** (chlorhexidine 4% scrub)<br>SIG: APPLY TO SKIN EVERY OTHER DAY ** KOP | 4/16/2012 D/A 7/2/2012 | 8/3/2012 | 126322131-2<br>MA-MD, J. | 2 | 118 | 15 |
| ☐ Renew | **HYDROCORTISONE 1 % CREAM (G)** (hydrocortisone 1% cream)<br>SIG: APPLY TO AFFECTED AREA TWICE A DAY ** NOW-KOP | 9/18/2012 D/A 9/18/2012 | 10/18/2012 | 126366397-1<br>MA-MD, J. | 0 | 28 | 14 |
| ☐ Renew | **HYDROCORTISONE 1 % CREAM (G)** (hydrocortisone 1% cream)<br>SIG: APPLY TO AFFECTED AREA TWICE A DAY ** KOP | 5/30/2012 D/A 8/20/2012 | 9/18/2012 | 126335733-4<br>MA-MD, J. | 3 | 28 | 14 |

🔒 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

_Allergies:_ Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

/

| SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR CONTROLLED SUBSTANCES |
|---|---|---|---|

*** SEND TO PHARMACY ONCE COMPLETE ***

*NF* - Nonformulary Medication
12/21/2012 12:01:10 PM

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**
**CDCR#: H97882   Unit#: A 082 1128001L**

SOLANO, CALIFORNIA STATE PRISON
Patient Labels In: ENGLISH
Page 3 of 7

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | hydrOXYzine 25 mg tablet (hydroxyzine hcl 25 mg tablet) SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PRURITIS **KOP** *REQUEST REFILL* ** R-KOP | 12/11/2012 | D/A | 12/17/2012 | 436303000-1 CHEN-MD, YU. | 0 | 30 | 15 |
| ☐ Renew | hydrOXYzine pamoate 25 mg capsule (hydroxyzine pam 25 mg cap) SIG: TAKE 1 CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ITCHING **DOT** ** NOW-DOT | 11/20/2012 | D/A | 12/11/2012 | 436298088-1 LIPSON-MD, J. | 1 | 60 | 30 |
| ☐ Renew | hydrOXYzine pamoate 25 mg capsule (hydroxyzine pam 25 mg cap ud) SIG: TAKE 1 CAPSULE BY MOUTH TWICE DAILY AS NEEDED FOR ITCHING TRANSFER 11-19-12 ** Transfer out | 11/16/2012 | D/A | 11/20/2012 | 126384124-1 DHILLON-MD, K. | 0 | 6 | 3 |
| ☐ Renew | hydrOXYzine pamoate 25 mg capsule (hydroxyzine pam 25 mg cap ud) SIG: TAKE 1 CAPSULE BY MOUTH TWICE DAILY AS NEEDED FOR ITCHING FOR 2 WEEKS ** NOW-NA | 11/14/2012 | D/A | 11/20/2012 | 126383466-1 DHILLON-MD, K. | 0 | 28 | 14 |
| ☐ Renew | LORATADINE 10 mg TABLET (loratadine 10 mg tablet) SIG: TAKE 1 TABLET BY MOUTH DAILY ** KOP | 4/16/2012 | D/A 7/2/2012 | 12/7/2012 | 456539967-3 MA-MD, J. | 0 | 30 | 30 |
| ☐ Renew | LORATADINE 10 mg TABLET (loratadine 10 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH DAILY **KOP** *REQUEST REFILL* ** R-KOP | 12/7/2012 | D/A 12/7/2012 | 12/13/2012 | 436302397-1 CHEN-MD, YU. | 0 | 30 | 30 |
| ☐ Renew | LORATADINE 10 mg TABLET (loratadine 10 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH DAILY ** NOW-KOP | 4/16/2012 | D/A 4/16/2012 | 4/22/2012 | 126322132-1 MA-MD, J. | 0 | 30 | 30 |
| ☐ Renew | MIRTAZAPINE 15 mg TABLET (mirtazapine 15 mg tablet) SIG: TAKE ONE TABLET BY MOUTH EVERY MORNING. ** N/A | 1/23/2012 | D/A 4/3/2012 | 4/20/2012 | 456414322-3 YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | MIRTAZAPINE 15 mg TABLET (mirtazapine 15 mg tablet ud) SIG: TAKE ONE TABLET BY MOUTH EVERY MORNING ** NOW-NA | 4/23/2012 | D/A 4/23/2012 | 4/23/2012 | 126324084-1 SMITH-MH, H.I. | 3 | 30 | 30 |

🎧 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

_Allergies:_ Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

/

| SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR CONTROLLED SUBSTANCES |
|---|---|---|---|

*NF* - Nonformulary Medication
12/21/2012 12:01:10 PM

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (BOB): MCDOWELL, JEFFERY (2/7/1973)**

**CDCR#: H97882    Unit#: A 062 1128001L**

SOLANO, CALIFORNIA STATE PRISON

Patient Labels In: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | **MIRTAZAPINE 15 mg TABLET** *(mirtazapine 15 mg tablet ud)*<br>SIG: TAKE ONE TABLET BY MOUTH EVERY MORNING. ** NOW-NA | 1/23/2012 | D/A 1/23/2012 | 1/29/2012 | 126297736-1<br>YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** N/A | 4/23/2012 | D/A 5/18/2012 | 5/18/2012 | 456551928-1<br>SMITH-MH, H.I. | 3 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** N/A | 1/23/2012 | D/A 4/10/2012 | 4/22/2012 | 456414324-3<br>YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** N/A | 1/9/2012 | D/A 3/27/2012 | 4/4/2012 | 456398512-3<br>YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** N/A | 10/11/2011 | D/A | 1/9/2012 | 456280314-3<br>YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet ud)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** NOW-NA | 4/23/2012 | D/A 4/23/2012 | 4/29/2012 | 126324283-1<br>SMITH-MH, H.I. | 0 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet ud)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** NOW-NA | 1/23/2012 | D/A 1/23/2012 | 1/29/2012 | 126297739-1<br>YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | **MIRTAZAPINE 30 mg TABLET** *(mirtazapine 30 mg tablet ud)*<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** NOW-NA | 1/9/2012 | D/A 1/9/2012 | 1/15/2012 | 126293211-1<br>YEE-MH, W.R. | 0 | 30 | 30 |
| ☐ Renew | **NAPROXEN 500 mg TABLET** *(neproxen 500 mg tablet)*<br>SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR LOWER BACK PAIN **KOP**<br>*REQUEST REFILL* ** R-KOP | 12/11/2012 | D/A | 12/17/2012 | 436302998-1<br>CHEN-MD, YU. | 0 | 30 | 15 |
| ☐ Renew | **OXcarbazepine 300 mg tablet** *(oxcarbazepine 300 mg tablet ud)*<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY FOR CHRONIC PAIN FOR 7 DAYS THEN ** NOW-NA | 5/30/2012 | D/A 5/30/2012 | 6/6/2012 | 126335813-1<br>MA-MD, J. | 0 | 14 | 7 |

ⓝ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

**NEW PRESCRIPTION:**

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

_____          /          _____          _____

SUBSTITUTION PERMITTED                    DATE / TIME          PROV#          DEA# REQUIRED FOR
SIGNATURE                                                                     CONTROLLED SUBSTANCES

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**

**CDCR#: H97882   Unit#: A-002 1128001L**

SOLANO, CALIFORNIA STATE PRISON

Patient Labels In: ENGLISH

Page 5 of 7

| | Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY FOR CHRONIC PAIN ** N/A | 8/28/2012 D/A 9/24/2012 | 10/10/2012 | 456742062-1<br>MA-MD, J. | 5 | 60 | 30 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet)<br>SIG: (START 6/6) TAKE 1 TABLET BY MOUTH TWICE DAILY FOR CHRONIC PAIN ** N/A | 6/4/2012 D/A 8/21/2012 | 8/28/2012 | 456614092-3<br>MA-MD, J. | 0 | 60 | 30 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 2 TABLETS (1200MG) BY MOUTH EVERY EVENING FOR CHRONIC PAIN **DOT** ** NOW-DOT | 11/20/2012 | D/A 12/11/2012 | 436297910-1<br>LIPSON-MD, J. | 1 | 60 | 30 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE TWO TABLETS BY MOUTH EVERY EVENING FOR CHRONIC PAIN.—TRANSFER 11-19-12 **<br>Transfer out | 11/16/2012 | D/A 11/20/2012 | 126384126-1<br>NANGALAMA-MD, A. | 0 | 6 | 3 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 2 TABLETS (1200MG) BY MOUTH EVERY EVENING FOR CHRONIC PAIN ***DISCHARGE<br>MEDS*** MHCBU ** NOW-NA | 11/5/2012 D/A 11/5/2012 | 11/20/2012 | 126381084-1<br>NANGALAMA-MD, A. | 0 | 60 | 30 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 2 TABLETS (1200MG) BY MOUTH EVERY EVENING FOR CHRONIC PAIN MHCBU ** NOW-NA | 10/24/2012 D/A 11/2/2012 | 11/5/2012 | 126377616-2<br>DUC-MD, VU. | 0.333 | 20 | 10 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 2 TABLETS BY MOUTH EVERY EVENING FOR CHRONIC PAIN **DOT** MHCBU ** NOW-DOT | 10/24/2012 | D/A 10/24/2012 | 126377446-1<br>LIDGE-MH, D. | 0 | 28 | 14 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME FOR CHRONIC PAIN ** NOW-NA | 10/10/2012 | D/A 10/16/2012 | 126373399-1<br>MA-MD, J. | 0 | 60 | 30 |
| ☐ Renew | OXcarbazepine 600 mg tablet   (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME FOR CHRONIC PAIN | 10/10/2012 | D/A 10/24/2012 | 456807580<br>MA-MD, J. | 6 | 60 | 30 |

🔿 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION: _____

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

_____     /     _____     _____

SUBSTITUTION PERMITTED
SIGNATURE

DATE / TIME

PROV#

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**

**CDCR#: H87882  Unit#: A 002 1128001L**

SOLANO, CALIFORNIA STATE PRISON

Patient Labels In: ENGLISH

Page 6 of 7

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | OXcarbazepine 600 mg tablet  (oxcarbazepine 600 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY FOR CHRONIC PAIN ** NOW-NA | 8/28/2012 D/A 8/28/2012 | | 9/3/2012 | 126360809-1<br>MA-MD, J. | 0 | 60 | 30 |
| ☐ Renew | OXcarbazepine 600 mg tablet  (oxcarbazepine 600 mg tablet ud)<br>SIG: (START 6/6) TAKE 1 TABLET BY MOUTH TWICE DAILY FOR CHRONIC PAIN ** NOW-NA | 6/4/2012 D/A 6/4/2012 | | 6/10/2012 | 126335816-1<br>MA-MD, J. | 0 | 60 | 30 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet)<br>SIG: TAKE 2 TABLETS (200MG) BY MOUTH EVERY EVENING ***DISCHARGE MEDS*** MHCBU ** NOW-NA | 11/5/2012 D/A 11/5/2012 | | 11/20/2012 | 126381085-1<br>JOHNSON-MH, R. | 0 | 60 | 30 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet)<br>SIG: TAKE ONE TABLET BY MOUTH EVERY EVENING **DOT** ** DOT | 9/6/2012 D/A 10/3/2012 | | 10/24/2012 | 456755011-1<br>JOHNSON-MH, R. | 2 | 30 | 30 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet ud)<br>SIG: TAKE 2 TABLETS (200 MG) BY MOUTH EVERY EVENING **DOT** ** NOW-DOT | 11/20/2012 | D/A | 12/5/2012 | 436297824-1<br>HUQ-MH, F. | 0 | 60 | 30 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet ud)<br>SIG: TAKE TWO TABLETS BY MOUTH EVERY EVENING TRANSFER 11-19-12 ** Transfer out | 11/16/2012 | D/A | 11/20/2012 | 126384127-1<br>JOHNSON-MH, R. | 0 | 6 | 3 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet ud)<br>SIG: TAKE 2 TABLETS (200MG) BY MOUTH EVERY EVENING **DOT** MHCBU ** NOW-DOT | 10/30/2012 | D/A | 11/5/2012 | 126379048-1<br>JOHNSON-MH, R. | 0.666 | 20 | 10 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet ud)<br>SIG: TAKE ONE TABLET BY MOUTH EVERY EVENING **DOT** MHCBU ** NOW-DOT | 10/24/2012 | D/A | 10/30/2012 | 126377448-1<br>LIDGE-MH, D. | 0 | 14 | 14 |
| ☐ Renew | sertraline 100 mg tablet  (sertraline hcl 100 mg tablet ud)<br>SIG: TAKE ONE TABLET BY MOUTH EVERY EVENING **DOT** ** NOW-DOT | 9/6/2012 D/A 9/6/2012 | | 9/12/2012 | 126363407-1<br>JOHNSON-MH, R. | 0 | 30 | 30 |
| ☐ Renew | sertraline 50 mg tablet  (sertraline hcl 50 mg tablet)<br>SIG: TAKE ONE TABLET BY MOUTH EVERY EVENING ** N/A | 6/6/2012 D/A 8/23/2012 | | 9/5/2012 | 456620050-3<br>RAPOPORT-MH, E. | 0 | 30 | 30 |

**ⓝ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS**

NEW PRESCRIPTION:

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

| SUBSTITUTION PERMITTED<br>SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR<br>CONTROLLED SUBSTANCES |
|---|---|---|---|

*** SEND TO PHARMACY ONCE COMPLETE ***

*NF* - Nonformulary Medication
12/21/2012 12:01:10 PM

## PATIENT HISTORY (12/21/2011 - 12/21/2012) - INACTIVE MEDICATIONS AS OF 12/21/2012 12:01:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**

**CDCR#: H97882   Unit#: A  002 1128001L**

**SOLANO, CALIFORNIA STATE PRISON**

**Patient Labels in: ENGLISH**

Page 1 of 1.

| | Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew | **sertraline 50 mg tablet**   (sertraline hcl 50 mg tablet ud)<br>*SIG: TAKE ONE TABLET BY MOUTH EVERY EVENING ** NOW-NA* | 9/5/2012 | D/A 9/5/2012 | 9/5/2012  126362828-1<br>DHILLON-MD, K. | 3 | 30 | 30 |
| ☐ Renew | **sertraline 50 mg tablet**   (sertraline hcl 50 mg tablet ud)<br>*SIG: TAKE ONE TABLET BY MOUTH EVERY EVENING ** NOW-NA* | 6/6/2012 | D/A 6/6/2012 | 6/12/2012  126337963-1<br>RAPOPORT-MH, E. | 0 | 30 | 30 |

🛈 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

**NEW PRESCRIPTION:**

**Allergies:** Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

_____                    /
SUBSTITUTION PERMITTED          DATE / TIME              PROV#
        SIGNATURE

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

California Prison Healthcare Services                                    CALIFORNIA STATE PRISON, SACRAMENTO

## MEDICAL PROGRESS NOTE

| PATIENT NAME: MCDOWELL, Jeffrey | CDCR#: H97882 | DATE OF SERVICE: 06/23/2011 |
|---|---|---|
| BIRTH DATE: 02/07/1973 | HOUSING: FC1 232U | PAROLE DATE: |

TIME:

SUBJECTIVE: The patient is a 38-year-old African American male here to follow up his chronic low back pain. I evaluated him on 05/17/2011. At that time I replaced gabapentin with oxcarbazepine, and his medication increased from 300 twice a day to 600 twice a day for the last 3 weeks. The patient is here to request an increase of that medication dosage. He states that that medication does help him a little bit with the chronic pain, and he is sleeping a little bit better. His back pain symptoms, otherwise, are essentially the same as before. There are no red flags. He has no numbness or weakness of his legs. He has no change of bladder or bowel habits. There are no fevers or night sweats.

He is also here to follow up his allergic rhinitis. He states that current medications of loratadine and a nasal spray help him to improve his symptoms. He requests we renew his nasal spray.

MEDICATIONS:
1. Flunisolide nasal spray 0.025% two sprays each nostril twice a day.
2. Loratadine 10 mg once a day.
3. Mirtazapine 30 mg 1 tablet by mouth every night for a Psychiatric condition.
4. Oxcarbazepine 600 mg twice a day for chronic pain.

OBJECTIVE: VITAL SIGNS: Blood pressure 121/76, pulse rate 57, respirations 20, temperature 97. Height 6 feet. Weight 185 pounds. GENERAL: Walks with a normal gait. Awake and alert and oriented x3. No acute distress. BACK: I did not perform a lumbar spine examination today because the patient's symptoms have improved and there are no new symptoms. Again, he is walking with a normal gait.

ASSESSMENT AND PLAN:
1. Chronic low back pain without red flags. The patient has had a slight improvement of his symptoms by taking oxcarbazepine. For that, I will consider to increase his oxcarbazepine from 600 to 900 twice a day. The possible side effects of oxcarbazepine were already explained to the patient at the last visit.
2. Allergic rhinitis, symptoms improved by flunisolide nasal spray and loratadine. We will continue the patient with these 2 medications.

EDUCATION: See above. The patient does not have any difficulties understanding English.

DISPOSITION / FOLLOWUP: I will see the patient back in 120 days for his low back pain issue.


Jian Ma, MD

JM/jb
D: 06/23/2011 11:10:00 am   T: 06/28/2011 08:14:32 am   Job #: 201782

Patient Information:
MCDOWELL Jeffrey
H97882
02/07/1973

**MEDICATION** **INISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** **LORATADINE 10 MG TABLET** (loratadine 10 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 5/11/2011
Days Supply: 30

Sign/Date

Orig Fill Date: 4/13/2011
Expire Date: 7/12/2011

Rx#: 455145815-1
Doctor: J. MA-MD
5·/2-//

*** DISCONTINUED *** **LORATADINE 10 MG TABLET** (loratadine 10 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 4/13/2011
Days Supply: 30

Orig Fill Date: 4/13/2011
Expire Date: 7/12/2011

Rx#: 125224275-1
Doctor: J. MA-MD

**Allergies:**
GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB: 2/7/1973

Building: **SAC-C Unit Cart 1**

CDCR # **H97882**

Housing

**C1 232U**

Additional Pages In Use

Yes          No

5/12/2011 9 32:10 AM

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| K. Smith, LVN | | | MB | A. __ LVN | A | R. Saetewen, LVN | |

## GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule ud)
### TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 3/30/2011   Orig Fill Date: 3/30/2011   Rx#: 126220372
Days Supply: 20   Expire Date: 6/17/2011   Doctor: J. MA-MD

| Admin Time | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## MIRTAZAPINE 30 MG TABLET (mirtazapine 30 mg tablet)
### TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/30/2011   Orig Fill Date: 3/3/2011   Rx#: 456125872
Days Supply: 30   Expire Date: 5/31/2011   Doctor: W. WHITE-MH

| Admin Time | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## *** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT (anucort-hc 25 mg suppository)
UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY

Fill Date: 1/18/2011   Expire Date: 4/18/2011   Rx#: 456161721

4/17/11  3w  (D) remeron  reason —

| Name: | MCDOWELL, JEFFERY | Building: | SAC-C Unit Cart 1 | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C1 232U | | Yes | No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | | | | |

03/31/2011 20:10:17 (Database status  Synchronized)

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| Hewlett | | | | Ucker | | | |
| Debra Roberts - Sweeney LVN | | | | J. Maalihro | | VM | |

**GABAPENTIN 300 MG CAPSULE** (gabapentin 300 mg capsule)
TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 2/24/2011    Orig Fill Date: 1/10/2011    Rx#: 456113520
Days Supply: 10    Expire Date: 6/17/2011    Doctor: J. MA-MD

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 2/3/2011    Orig Fill Date: 12/6/2010    Rx#: 456081601
Days Supply: 30    Expire Date: 3/6/2011    Doctor: W. WHITE-MH

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** **HYDROCORTISONE ACETATE 25 MG**
**SUPP.RECT** (anucort-hc 25 mg suppository)

UNWRAP AND INSERT 1 SUPPOSITORY INTO
RECTUM 1-2 TIMES A DAY

Fill Date: 1/18/2011    Expire Date: 4/18/2011    Rx#: 456101721

3/21/11 3w → med in cart for gabapentin pharmacy notified - C

| | |
|---|---|
| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** |
| DOB: **2/7/1973** | CDCR # **H97882** |
| Allergies: **Grass Pollen-Kentucky Blue, Standard, Pollen Extracts** | |

Housing: **C1 232U**    Additional Pages In Use: Yes / No

2/28/2011 9:06:28 PM

**MEDICATION A[ ] STRATION RECORD ***

| NAME OF RN/LVN/L[ ] | INITIAL | NAME OF RN/LVN/LPT | INITIAL | N[ ] OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | ITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**GABAPENTIN 300 MG CAPSULE** (gabapentin 300 mg capsule)
TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 3/3/2011  Orig Fill Date: 1/10/2011  Rx#: 456113520
Days Supply: 10  Expire Date: 5/17/2011  Doctor: J. MA-MD

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | |
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | |

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/3/2011  Orig Fill Date: 3/3/2011  Rx#: 126214671
Days Supply: 30  Expire Date: 5/31/2011  Doctor: W. WHITE-MH

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | |

*** KOP *** **HYDROCORTISONE ACETATE 25 MG SUPP.RECT** (anucort-hc 25 mg suppository)

UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY

Fill Date: 1/18/2011  Expire Date: 4/18/2011  Rx#: 456101721

---

Name: **MCDOWELL, JEFFERY**
DOB: 2/7/1973
Allergies: **Grass Pollen-Kentucky Blue, Standard, Pollen Extracts**

Building: **SAC-C Unit Cart 1**
CDCR # **H97882**

Housing
**C1 232U**

Additional Pages in Use
Yes    No

03/25/2011 17 01 58 (Database status  Synchronized)

**MEDICATION AD___ ___TRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**GABAPENTIN 300 MG CAPSULE** (gabapentin 300 mg capsule ud)
TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 3/30/2011
Days Supply: 20

Orig Fill Date: 3/30/2011
Expire Date: 5/17/2011

Rx#: 126220372
Doctor: J. MA-MD

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | |
| PM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | |

GRASS POLLEN-KENTUCKY BLUE. STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C1 232U** | Yes    No |

3/30/2011 4:18:54 PM

**MEDICATION ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

*** KOP *** CHLORHEXIDINE GLUCONATE 4 % LIQUID (chlorhexidine 4% scrub)
APPLY TO SKIN DAILY FOR 7 DAYS, THEN EVERY OTHER DAY FOR 30 DAYS

Fill Date: 4/13/2011          Orig Fill Date: 4/13/2011          Rx#: 126224275
Days Supply: 29.5          Expire Date: 7/12/2011          Doctor: J. MA-MD

Sign/Date          4/14/11

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**          Building: **SAC-C Unit Cart 1**          Housing          Additional Pages In Use

DOB:   2/7/1973          CDCR#  **H97882**          **C1 232U**          Yes          No

4/14/2011 5:02:50 PM

MEDICATION *    ISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | *Weber* | | | |

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/30/2011          Orig Fill Date: 3/3/2011          Rx#: 456126872-1
Days Supply: 30              Expire Date: 5/31/2011            Doctor: W. WHITE-MH

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | |

*** DISCONTINUED *** **MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/3/2011          Orig Fill Date: 3/3/2011          Rx#: 126214671-1
Days Supply: 30              Expire Date: 5/31/2011            Doctor: W. WHITE-MH

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: **2/7/1973** | CDCR # **H97882** | **C1 232U** | Yes    No |

3/31/2011 9:31:50 AM

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 3/2/2011 6:25:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**                    **CALIFORNIA STATE PRISON   SACRAMENTO**   Page 8 of 9

**CDCR#: H97882   Unit#: C1 232U**

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ☐ Stop | *NF* GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule)<br>SIG: TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT** ** DOT | 1/10/2011 | 2/24/2011 | 5/17/2011 | 456113520-3<br>MA-MD, J. | 0.333 | 60 | 10 |
| ☐ Renew | ☐ Stop | HYDROCORTISONE ACETATE 25 MG SUPP.RECT (anucort-hc 25 mg suppository)<br>SIG: UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY ** KOP | 1/18/2011 | 1/18/2011 | 4/18/2011 | 456101721-1<br>MA-MD, J. | 15 | 12 | 6 |
| ☑ Renew  X 90 | ☐ Stop | MIRTAZAPINE 30 MG TABLET (mirtazapine 30 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME ** N/A | 12/6/2010 | 3/2/2011 | 3/6/2011 | 456081601-4<br>WHITE-MH, W. | 1 | 30 | 30 |

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 3/2/2011 6:25:10 PM

**Patient (DOB): MCDOWELL, JEFFERY (2/7/1973)**                    **CALIFORNIA STATE PRISON   SACRAMENTO**

**CDCR#: H97882   Unit#: C1 232U**

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | *NF* GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule)<br>SIG: TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT** ** DOT | 11/18/201 | D/A 1/7/2011 | 1/7/2011 | 456038762-4<br>MA-MD, J. | 0 | 120 | 20 |
| ☐ Renew | *NF* GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule ud)<br>SIG: TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT** ** DOT | 1/10/2011 | D/A 2/3/2011 | 2/3/2011 | 126204576-4<br>MA-MD, J. | 0 | 60 | 10 |

⋔ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

FTP
3/06
05-02-2011
1755
WISH

NEW PRESCRIPTION:

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

_____          3/02/2011          **WILLIAM B. WHITE, MD**
SUBSTITUTION PERMITTED                DATE / TIME      **STAFF PSYCHIATRIST**
       SIGNATURE                                        SIGNATURE   DISPENSE AS WRITTEN          DEA# REQUIRED FOR
                                                                                                CONTROLLED SUBSTANCES

MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/3/2011
Days Supply: 30

Orig Fill Date: 3/3/2011
Expire Date: 5/31/2011

Rx#: 126214671
Doctor: W. WHITE-MH

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD**
**POLLEN EXTRACTS**

Name: **MCDOWELL, JEFFERY**

DOB: 2/7/1973

Building: **SAC-C Unit Cart 1**

CDCR # **H97882**

Housing

**C1 232U**

Additional Pages In Use

Yes        No

3/3/2011 5:03:38 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| C Lawrence LVN | | Debra Roberts-Sweeny LVN | N | | | arganda LVN | |

**GABAPENTIN 300 MG CAPSULE** (gabapentin 300 mg capsule ud)
TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 1/27/2011
Days Supply: 10

Orig Fill Date: 1/10/2011
Expire Date: 5/17/2011

Rx#: 126204576
Doctor: J. MA-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 1/7/2011
Days Supply: 30

Orig Fill Date: 12/6/2010
Expire Date: 3/6/2011

Rx#: 466081601
Doctor: W. WHITE-MH

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** **HYDROCORTISONE ACETATE 25 MG SUPP.RECT** (anucort-hc 25 mg suppository) — UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY

Fill Date: 1/18/2011   Expire Date: 4/16/2011   Rx#: 456101721

*** KOP *** **NAPROXEN 500 MG TABLET** (naproxen 500 mg tablet) — TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN

Fill Date: 11/2/2010   Expire Date: 1/31/2011   Rx#: 456081703

| Name: | MCDOWELL, JEFFERY | Building: | SAC-C Unit Cart 1 | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C1 232U | Yes   No |

Allergies:   Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

1/31/2011 8:52:27 PM

## PATIENT HISTORY (04/12/2010 - 04/12/2011) - INACTIVE MEDICATIONS AS OF 4/12/2011 5:48:37 PM

**Patient (DOB):** MCDOWELL, JEFFERY (2/7/1973)

CDCR#: H97882  Unit#: C1 232U

CALIFORNIA STATE PRISON  SACRAMENTO

Page 2 of 4

| Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☒ Renew ☉ P    9 Delay   CHLORHEXIDINE GLUCONATE 4 % LIQUID  (hibiclens 4% liquid)<br>SIG: APPLY TO SKIN WASH DAILY FOR 7 DAYS, THEN EVERY OTHER DAY FOR 30 DAYS ** NOW-KOP | 10/8/2010 | D/A 11/3/2010 | 11/12/2010 | 126188608-2<br>MA-MD, J. | 0 | 118 | 30 |
| ☐ Renew   FLUNISOLIDE 25 MCG (0.025 %) SPRAY  (flunisolide 0.025% spray)<br>SIG: SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY ** KOP | 8/10/2010 | D/A 8/10/2010 | | 8/10/2010 | 456018669-1<br>MA-MD, J. | 2 | 25 | 25 |
| ☐ Renew   FLUNISOLIDE 25 MCG (0.025 %) SPRAY  (flunisolide 0.025% spray)<br>SIG: SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY ** NOW-KOP | 4/14/2010 | D/A 6/7/2010 | | 8/10/2010 | 126148149-2<br>MA-MD, J. | 3 | 25 | 200 |
| ☐ Renew   *NF* GABAPENTIN 300 MG CAPSULE  (gabapentin 300 mg capsule)<br>SIG: TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT** ** DOT | 1/10/2011 | D/A 3/3/2011 | 3/30/2011 | 456113520-4<br>MA-MD, J. | 0 | 60 | 10 |
| ☐ Renew   *NF* GABAPENTIN 300 MG CAPSULE  (gabapentin 300 mg capsule)<br>SIG: TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT** ** DOT | 11/18/201 | D/A 1/7/2011 | 1/7/2011 | 456068762-4<br>MA-MD, J. | 0 | 120 | 20 |
| ☐ Renew   *NF* GABAPENTIN 300 MG CAPSULE  (gabapentin 300 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH TWICE DAILY (DX: NEUROPATHY) **DOT** ** DOT | 8/20/2010 | D/A 9/16/2010 | 9/20/2010 | 456030458-2<br>MA-MD, J. | 2 | 60 | 30 |
| ☐ Renew   *NF* GABAPENTIN 300 MG CAPSULE  (gabapentin 300 mg capsule ud)<br>SIG: TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT** ** DOT | 1/10/2011 | D/A 2/3/2011 | 2/3/2011 | 126204576-4<br>MA-MD, J. | 0 | 60 | 10 |
| ☐ Renew   *NF* GABAPENTIN 600 MG TABLET  (gabapentin 600 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY (DX: NEUROPATHY) **DOT** ** DOT | 9/20/2010 | | D/A | 11/18/2010 | 456040284-3<br>MA-MD, J. | 1 | 60 | 30 |
| ☐ Renew   HYDROCORTISONE ACETATE 25 MG SUPP.RECT  (hydrocortisone ac 25 mg supp)<br>SIG: UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY ** KOP | 4/14/2010 | D/A 5/7/2010 | 12/17/2010 | 126148153-2<br>MA-MD, J. | 9 | 12 | 6 |
| ☒ Renew ☉ P   90 day   LORATADINE 10 MG TABLET  (loratadine 10 mg tablet)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY DAY ** KOP | 8/10/2010 | D/A 10/5/2010 | 11/2/2010 | 456018671-3<br>MA-MD, J. | 0 | 30 | 30 |

**❶ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS**

*Dariy Abraham R.N.*

**NEW PRESCRIPTION:**

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

|                                   |             |       |                                   |                                            |
|-----------------------------------|-------------|-------|-----------------------------------|--------------------------------------------|
| SUBSTITUTION PERMITTED<br>SIGNATURE | DATE / TIME | PROV# | DISPENSE AS WRITTEN<br>SIGNATURE | DEA# REQUIRED FOR<br>CONTROLLED SUBSTANCES |

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL L |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Debra Roberts - Sweeney LVN

**GABAPENTIN 300 MG CAPSULE** (gabapentin 300 mg capsule)
TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 12/21/2010   Orig Fill Date: 11/18/2010   Rx#: 456068762
Days Supply: 20   Expire Date: 5/17/2011   Doctor: J. MA-MD.

| Admin Time | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | 2/1 | 2/2 | 2/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 12/8/2010   Orig Fill Date: 12/6/2010   Rx#: 456081601
Days Supply: 30   Expire Date: 3/6/2011   Doctor: W. WHITE-MD

| Admin Time | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | 2/1 | 2/2 | 2/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** KOP *** **BENZOYL PEROXIDE 10 % GEL (GRAM)**
(benzoyl peroxide 10% gel)

APPLY TO AFFECTED AREA TWICE A DAY

Fill Date: 11/1/2010   Expire Date: 1/4/2011   Rx#: 126193066

*** KOP *** **NAPROXEN 500 MG TABLET** (naproxen
500 mg tablet)

TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS
NEEDED FOR PAIN

Fill Date: 11/2/2010   Expire Date: 1/31/2011   Rx#: 456061703

2/1/11 - Gabapentin Not Available Bordered

| Name | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit Cart 1 | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB | 2/7/1973 | CDCR # | H97882 | C1 232U | Yes    No |

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

12/31/2010 6 57 25 PM

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT (anucort-hc 25 mg suppository)

UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM  1-2 TIMES A DAY

Fill Date: 1/18/2011    Orig Fill Date: 1/18/2011    Rx#: 456101721-1

Days Supply: 6    Expire Date: 4/18/2011    Doctor: J. MA-MD

Sign/Date

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| | |
|---|---|
| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** |
| DOB: 2/7/1973 | CDCR # **H97882** |

Housing  **C1 232U**

Additional Pages In Use   Yes   No

1/19/2011 9:31:38 AM

# MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/LP | INITIAL | NAME OF RN/LVN/LPT | INITIAL | OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| J. Meinzer, LVN | m | | | S Prasad | | | |

**MIRTAZAPINE 45 MG TABLET** (mirtazapine 45 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 9/20/2010  Orig Fill Date: 9/20/2010  Rx#: 456040387-1
Days Supply: 30  Expire Date: 12/19/2010  Doctor: W. WHITE-MH

| Admin Time | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 | 10/1 | 10/2 | 10/3 | 10/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | |

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | Yes    No |

**MEDIC.    N ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| J. Memzer-LVN | ᴍ | | | ᴍᴀᴜ S. Prasad | ᴠᴏ | Ree_e | |

GABAPENTIN 600 MG TABLET (gabapentin 600 mg tablet (rest))
TAKE 1 TABLET BY MOUTH TWICE DAILY (DX: NEUROPATHY) **DOT**

Fill Date: 9/20/2010
Days Supply: 30

Orig Fill Date: 9/20/2010
Expire Date: 12/19/2010

Rx#: 456040284-1
Doctor: J. MA-MD

| Admin Time | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 | 10/1 | 10/2 | 10/3 | 10/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | |
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | |

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building:   **SAC-C Unit Cart 1** | Housing | Additional Pages In Use | |
|---|---|---|---|---|
| DOB:   2/7/1973 | CDCR #   **H97882** | **C1 232U** | Yes | No |

9/21/2010 9:31:07 AM

MEDICATION PT. ADMINISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

** KOP ** BENZOYL PEROXIDE 10 % GEL (GM) (benzoyl peroxide 10% gel)   Fill Date: 11/1/2010   Orig Fill Date: 11/1/2010   Rx#:6193086-1
APPLY TO AFFECTED AREA TWICE A DAY   Days Supply: 21.25   Expire Date: 1/4/2011   Doctor: J. MA-MD

Sign/Date   S Krasad   11/1/10

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit Cell 1 | Housing | Additional Pages in Use |  |
|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | Yes | No |

11/1/2010 5:10:29 PM

MEDICATION ADMI    RATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

CHLORHEXIDINE GLUCONATE 4% LIQUID (hibiclens 4% liquid)     Fill Date: 11/3/2010    Orig Fill Date: 10/6/2010    Rx# 6198608-2
APPLY TO SKIN WASH DAILY FOR 7 DAYS THEN EVERY OTHER DAY FOR 30 DAYS     Days Supply: 31.5    Expire Date: 11/12/2010    Doctor: J. MA-MD

Sign/Date

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit Cart 1 | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | Yes    No |

11/3/2010 4:55:47 PM

**MEDICATION A___ISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

**BENZOYL PEROXIDE 10 % GEL (GM) (benzoyl peroxide 10% gel)**
APPLY TO AFFECTED AREA TWICE A DAY

Fill Date: 11/1/2010  Orig Fill Date: 11/1/2010  Rx#: 126193066
Days Supply: 21.25  Expire Date: 1/4/2011  Doctor: J. MA-MD

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | |
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | |

---

**GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule)**
TAKE 3 CAPSULES BY MOUTH TWICE A DAY FOR (DX: NEUROPATHY) **DOT**

Fill Date: 11/18/2010  Orig Fill Date: 11/18/2010  Rx#: 456066762
Days Supply: 20  Expire Date: 5/17/2011  Doctor: J. MA-MD

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | |
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | |

---

**MIRTAZAPINE 30 MG TABLET (mirtazapine 30 mg tablet)**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 11/22/2010  Orig Fill Date: 10/25/2010  Rx#: 456053707
Days Supply: 30  Expire Date: 1/23/2011  Doctor: J. BOZORGMEHR-MH

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | | |

---

**NAPROXEN 500 MG TABLET (naproxen 500 mg tablet)**
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN

Fill Date: 11/2/2010  Orig Fill Date: 11/2/2010  Rx#: 456061703
Days Supply: 10  Expire Date: 1/31/2011  Doctor: K. DHILLON-MD

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | |
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | |
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | |

---

Name: **MCDOWELL, JEFFERY**

DOB: 2/7/1973

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

11/24/2010 4:20:42 PM

Building: **SAC-C Unit Cart 1**

CDCR # **H97882**

Housing **C1 232U**

Additional Pages In Use   Yes   No

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Meinzer, LVN | | S. Kauc, in | | R. Solemen | B | | |

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Name: | MCDOWELL, JEFFERY | Building: | SAC-C Unit Cart 1 | Housing | | Additional Pages In Use |
|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C1 232U | | Yes    No |

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

10/31/2010 10:13:41 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| J. Meinzer, LVN | JM | Cielo | Ce | J. Pech Lan | VM | | |

**GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule)**
TAKE 1 CAPSULE BY MOUTH TWICE DAILY (DX: NEUROPATHY) **DOT**

Fill Date: 8/20/2010   Orig Fill Date: 8/20/2010   Rx#: 456030458
Days Supply: 90   Expire Date: 11/18/2010   Doctor: J. MASID

| Admin Time | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 | 10/1 | 10/2 | 10/3 | 10/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet)**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 8/31/2010   Orig Fill Date: 8/3/2010   Rx#: 456006609
Days Supply: 30   Expire Date: 9/6/2010   Doctor: W. WHITE-MH

| Admin Time | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** FLUNISOLIDE 25 MCG (0.025 %) SPRAY (flunisolide 0.025% spray)    SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY    Fill Date: 8/10/2010   Expire Date: 11/8/2010   Rx#: 456018669

*** KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)    TAKE 1 TABLET BY MOUTH EVERY DAY    Fill Date: 8/10/2010   Expire Date: 11/8/2010   Rx#: 456018671

*** KOP *** NAPROXEN 500 MG TABLET (naproxen 500 mg tablet)    TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN    Fill Date: 8/2/2010   Expire Date: 10/13/2010   Rx#: 456005832

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | Yes     No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | | |

8/31/2010 10:15:14 PM

# DICATION ADMINISTRATION RECORD

| ME OF RN/LVN/I | INITIAL | NAME OF RN/LVN/LPT | INITIAL | ME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

KOP — LORATADINE 10 MG TABLET (loratadine 10 mg tablet)
KE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 10/5/2010   Orig Fill Date: 10/5/2010   Rx#: A5801587141
Days Supply: 30   Expire Date: 1/8/2010   DOEBE: J. MA MD

Sign/Date     10/6/10

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit Cart 1** | Housing | Additional Pages In Use | |
|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | Yes | No |

10/6/2010 9:34:19 AM

EDICATION ADMINISTRATION RECORD

| ME OF RN/LVN/LP | INITIAL | NAME OF RN/LVN/LPT | INITIAL | OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | S. Kaur, LVN | sk | | | | |

MIRTAZAPINE 30 MG TABLET (mirtazapine 30 mg tablet)  
KE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 10/25/2010   Orig Fill Date: 10/25/2010   Rxt: 436053707-1  
Days Supply: 30   Expire Date: 1/23/2011   Doctor: J.BOZORGMEHR-MH

| min ng | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | |

GRASS POLLEN-KENTUCKY BLUE, STANDARD  
POLLEN EXTRACTS

11/2/10   BW   1/M   Ref   Remeron — u

Name: **MCDOWELL, JEFFERY**  
DOB: 2/7/1973

Building: **SAC-C Unit Cart 1**  
CDCR # **H97882**

Housing  
**C1 232U**

Additional Pages In Use  
Yes       No

10/26/2010 9:31:34 AM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF NURSE | INIT. | NAME OF NURSE | INIT. | NAME OF NURSE | INIT. | MODE OF ADMIN. | INIT. |
|---|---|---|---|---|---|---|---|
| J. Meinzer, LVN | ʓm | S. Kaur, rn | Aun | S. Wood | SW | | rc |

| Admin Time | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Admin Time | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | stopped | and | B | to | 30 | | | | | | | |

| Name: | MCDOWELL, JEFFERY | Building: | SAC-C Unit Cart 1 | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C1 232U | Yes     No |

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

9/30/2010 10:13:04 PM

**MEDICATION ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

** KOP ** CHLORHEXIDINE GLUCONATE 4 % LIQUID (chlorhexidine 4% scrub)  Fill Date: 10/6/2010   Orig Fill Date: 10/6/2010   Rx#: 8186806
APPLY TO SKIN WASH DAILY FOR 7 DAYS, THEN EVERY OTHER DAY FOR 30 DAYS   Days Supply: 24.5   Expira Date: 11/12/2010   Doctor: u MD

Sign/Date _____ 10/6/10

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: **2/7/1973** | CDCR # **H97882** | **C1 232U** | Yes        No |

10/6/2010 4:48:32 PM

**EDICATION ADMINISTRATION RECORD**

| AME OF RN/LVN | INITIAL | NAME OF RN/LVN/LPT | INITIAL | AME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | 8B |

GABAPENTIN 300 MG CAPSULE (gabapentin 300 mg capsule)
AKE 1 CAPSULE BY MOUTH TWICE DAILY (DX: NEUROPATHY) **DOT**

Fill Date: 8/20/2010   Orig Fill Date: 8/20/2010   Rx#: 456030458-1
Days Supply: 30   Expire Date: 11/18/2010   Doctor: J. MA-MD

| dmin ime | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 | 9/1 | 9/2 | 9/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | |
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD**
**POLLEN EXTRACTS**

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | Yes    No |

8/24/2010 9:31:07 AM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | R. DURAGO   LVN | RD | S. Prasad | SP |
| | | | | | | | SP |

**MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud)**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 7/6/2010
Days Supply: 30

Orig Fill Date: 6/8/2010
Expire Date: 9/6/2010

Rx#: 126164101-2
Doctor: W. WHITE-MH

| Admin Time | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 | 9/1 | 9/2 | 9/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RD | | | | | | | VM | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** **NAPROXEN 500 MG TABLET (naproxen 500 mg tablet)**     TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN     Fill Date: 7/16/2010     Expire Date: 10/13/2010     Rx#: 458006832-1

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit Cart 1** | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | | Yes | No |

Allergies:   Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

8/1/2010 11:05:06 AM

MEDICATION A.    .STRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|

··· KOP ··· LORATADINE 10 MG TABLET (loratadine 10 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 8/10/2010   Orig Fill Date: 8/10/2010   Rx#: 456018671-1
Days Supply: 30   Expire Date: 11/8/2010   Doctor: J. MA-MD

Sign/Date   RODURAW, LVN  8/11/10

**Allergies**

PRASS POLLEN KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| | | |
|---|---|---|
| Name | **MCDOWELL, JEFFERY** | Building  SAC-C Unit Cart 1 |
| DOB | 2/7/1973 | CDCR #  **H97882** |

Housing  **C1 232U**

Additional Pages In Use  Yes  No

8/11/2010 9:31:32 AM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Keith R. Long | W | Spler | 8B | | |
| | | R. DURAN, LVN | RD | S Prasad | S | | |

MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 6/8/2010   Orig Fill Date: 6/8/2010   Rx#:6164101-1
Days Supply: 30   Expire Date: 9/6/2010   Doctor: W. WHITE-MH

| Admin Time | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 | 8/1 | 8/2 | 8/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | | | SP | SP | SP | SP | S | K | SP | SP | | | | RD | | | | SP | S | | | | | SP | | S | S | S | W | SP | | |

*** KOP *** FLUNISOLIDE 0.025 % SPRAY (flunisolide 0.025% spray)        SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY        Fill Date: 6/7/2010   Expire Date: 7/13/2010   Rx#:6148149-2

*** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT        UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY        Fill Date: 5/7/2010   Expire Date: 7/13/2010   Rx#:6148153-2
(hydrocortisone ac 25 mg supp)

*** KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)        (START 5/14/10) TAKE 1 TABLET BY MOUTH EVERY DAY        Fill Date: 6/7/2010   Expire Date: 7/13/2010   Rx#:6148152-2

7/10/10  8W  I/M ref meds — SB

| | | | |
|---|---|---|---|
| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
| DOB: 2/7/1973 | CDCR # **H97882** | **C1 232U** | Yes       No |
| Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | |

6/30/2010 6:34:26 PM

| ME OF RN/LVN | INITIAL | NAME OF RN/LVN/LPT | INITIAL | _ OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|

KOP *** NAPROXEN 500 MG TABLET (naproxen 500 mg tablet)
.KE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN

Fill Date: 7/15/2010    Orig Fill Date: 7/16/2010    Rx#: 456005832-1
Days Supply: 10    Expire Date: 10/13/2010    Doctor: J. MA-MD

Sign/Date

*Allergies*

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB. 2/7/1973

Building: SAC-C Unit Cart 1

CDCR # **H97882**

Housing

**C1 232U**

Additional Pages In Use

Yes    No

*7/16/2010 9:30 59 AM*

79

**MEDICATION ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** NAPROXEN 500 MG TABLET (naproxen 500 mg tablet)
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN

Fill Date: 8/2/2010     Orig Fill Date: 7/16/2010     Rx#: 456005832-2
Days Supply: 10     Expire Date: 10/13/2010     Doctor: J. MA-MD

Sign/Date     8/3/10

Allergies

GRASS POLLEN-KENTUCKY BLUE. STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

OOB:   2/7/1973

Building:   **SAC-C Unit Cart 1**

CDCR #   **H97882**

Housing

**C1 232U**

Additional Pages In Use

Yes        No

8/3/2010 9:31:06 AM

MEDICATION A    NISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** FLUNISOLIDE 0.025 % SPRAY (flunisolide 0.025% spray)
SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY

Fill Date: 6/7/2010    Orig Fill Date: 4/14/2010    Rx#:6148149-2
Days Supply: 200    Expire Date: 7/13/2010    Doctor: J. MA-MD

Sign/Date _____ S    Prasad    6/7/10

*** KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)
(START 5/14/10) TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 6/7/2010    Orig Fill Date: 4/14/2010    Rx#:6148152-2
Days Supply: 30    Expire Date: 7/13/2010    Doctor: J. MA-MD

Sign/Date _____

**Allergies**

GRASS POLLEN-KENTUCKY BLUE  STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB  2/7/1973

Building:  SAC-C Unit

CDCR #  **H97882**

Housing

**C1 232U**

Additional Pages In Use

Yes        No

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Keith R. Long | | | | S. Prasad | |

MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 8/12/2010  Orig Fill Date: 3/23/2010  Rx#:6140478-3
Days Supply: 30  Expire Date: 8/17/2010  Doctor: W. WHITE-MH

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** KOP *** FLUNISOLIDE 0.025 % SPRAY (flunisolide 0.025% spray)          SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY          Fill Date: 4/14/2010   Expire Date: 7/13/2010   Rx#:6148149-1
*** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT          UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY          Fill Date: 5/7/2010   Expire Date: 7/13/2010   Rx#:6148183-2
(hydrocortisone ac 25 mg supp)
*** KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)          (START 5/14/10) TAKE 1 TABLET BY MOUTH EVERY DAY          Fill Date: 5/14/2010   Expire Date: 7/13/2010   Rx#:6148152-1

| Name: | MCDOWELL, JEFFERY | Building: SAC-C Unit | Housing | Additional Pages In Use |
|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # H97882 | C1 232U | Yes          No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | |

5/31/2010 6:32:56 PM

**MEDICATION ⸱⸱⸱   STRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Keith R. Long | W | | | | |
| | | S Rasad | ℘ | | | | |

MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud)

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 6/8/2010

Days Supply: 30

Orig Fill Date: 6/8/2010

Expire Date: 9/6/2010

Rx#:6164101-1

Doctor: W. WHITE-MH

| Admut Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | X | X | X | X | X | ℘ | ℳ | b | | ℳ | S | ℘ | ℘ | S | C | u | S | S | S | S | ℘ | | | | S | S | S | S | | | |

Allergies

GRASS POLLEN KENTUCKY BLUE, STANDARD

POLLEN EXTRACTS

| Name | MCDOWELL, JEFFERY | Building. | SAC-C Unit | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB | 2/7/1973 | CDCR # | H97882 | C1 232U | Yes       No |

**MEDICA    ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT (hydrocortisone ac 25 mg supp)
UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY

Fill Date: 5/7/2010          Orig Fill Date: 4/14/2010          Rx#:6148153-2
Days Supply: 6              Expire Date: 7/13/2010              Doctor: J. MA-MD

Sign/Date

*Allergies*

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

JUN 0 9 2010

| Name | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit** | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | | Yes | No |

5/7/2010 3 50 08 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Keith R. Long | W | | | | |
| | | S Prasad | SP | | | | |

MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 4/16/2010
Days Supply: 30

Orig Fill Date: 3/23/2010
Expire Date: 6/17/2010

Rx#:6140475-2
Doctor: W. WHITE-MH

| Admin Time | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 6/11 | 5/12 | 5/13 | 5/14 | 5/15 | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | 5/28 | 5/29 | 5/30 | 5/31 | 6/1 | 6/2 | 6/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** KOP *** FLUNISOLIDE 0.025 % SPRAY (flunisolide 0.025% spray)

SPRAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY

Fill Date: 4/14/2010 Expire Date: 7/13/2010 Rx#:6148149-1

*** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT (hydrocortisone ac 25 mg supp)

UNWRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY

Fill Date: 4/14/2010 Expire Date: 7/13/2010 Rx#:6148153-1

*** KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)

TAKE 1 TABLET BY MOUTH TWICE DAILY

Fill Date: 4/14/2010 Expire Date: 5/14/2010 Rx#:6148150-1

*** KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)

(START 5/14/10) TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 5/14/2010 Expire Date: 7/13/2010 Rx#:6148152-1



JUN 1 0 2010

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C1 232U | | Yes | No |

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

4/30/2010 6:35:02 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Keith R. Long | W | | | | |
| | | | | Prasad | | R. Duran | |

| MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | | | | Fill Date: 3/23/2010  Days Supply: 30 | Orig Fill Date: 3/23/2010  Expire Date: 6/17/2010 | Rx#:6140476-1  Doctor: W. WHITE-MH |

| Admin Time | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

4/21/10 - 3w - No show for PM med - RD
4/22/10 - 4m NS  3w meds

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C1 232U** | Yes       No |
| Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | |

3/31/2010 6:32:06 PM

| JE OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|

KOP *** FLUNISOLIDE 0.025 % SPRAY (flunisolide 0.025% spray)
RAY 2 SPRAYS IN EACH NOSTRIL TWICE A DAY

Fill Date: 4/14/2010   Orig Fill Date: 4/14/2010   Rx#:6148149-1
Days Supply: 200   Expire Date: 7/13/2010   Doctor: J. MA-MD

Sign/Date

KOP *** HYDROCORTISONE ACETATE 25 MG SUPP.RECT (hydrocortisone ac 25 mg supp)
WRAP AND INSERT 1 SUPPOSITORY INTO RECTUM 1-2 TIMES A DAY

Fill Date: 4/14/2010   Orig Fill Date: 4/14/2010   Rx#:6148153-1
Days Supply: 6   Expire Date: 7/13/2010   Doctor: J. MA-MD

Sign/Date

KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)
KE 1 TABLET BY MOUTH TWICE DAILY

Fill Date: 4/14/2010   Orig Fill Date: 4/14/2010   Rx#:6148150-1
Days Supply: 30   Expire Date: 5/14/2010   Doctor: J. MA-MD

Sign/Date

KOP *** LORATADINE 10 MG TABLET (loratadine 10 mg tablet)
ART 5/14/10) TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 5/14/2010   Orig Fill Date: 4/14/2010   Rx#:6148152-1
Days Supply: 30   Expire Date: 7/13/2010   Doctor: J. MA-MD

Sign/Date

llergies

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB: 2/7/1973

Building: **SAC-C Unit**

CDCR # **H97882**

Housing

**C1 232U**

Additional Pages In Use

Yes    No

4/14/2010 5:34:24 PM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| Keith R. Long | W | | | S Prasad | SP | | |
| R. DURAGO, LVN | RD | | N | | | | |

MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet u6)

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

**Fill Date:** 3/23/2010    **Orig Fill Date:** 3/23/2010    **Rx#:**6140475-1
**Days Supply:** 30    **Expire Date:** 6/17/2010    **Doctor:** W. WHITE-MH

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | SP | W | W | SP | SP | RD | SP | SP | | |

*** DISCONTINUED *** MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet)

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

**Fill Date:** 3/16/2010    **Orig Fill Date:** 12/30/2009    **Rx#:**6116220-4
**Days Supply:** 12    **Expire Date:** 3/19/2010    **Doctor:** W. WHITE-MH

Allergies

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

APR 1 2 2010

| Name | **MCDOWELL, JEFFERY** | | Building. | **SAC-C Unit** | Housing | Additional Pages In Use |
|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | | CDCR # | **H97882** | **C1 232U** | Yes    No |

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | S Prasad | | | |

MIRTAZAPINE 45 MG TABLET (mirtazapine 45 mg tablet ud)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 2/19/2010   Orig Fill Date: 12/30/2009   Rx#:6116220-3
Days Supply: 30   Expire Date: 3/28/2010   Doctor: W. WHITE-MH

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** KOP *** CALCIUM POLYCARBOPHIL 625 MG TABLET (fiber-lax captabs)
TAKE 1 TABLET BY MOUTH TWICE DAILY WITH 8 OZ OF WATER
Fill Date: 2/16/2010   Expire Date: 2/28/2010   Rx#:6108588-4

*** KOP *** DOCUSATE SODIUM 100 MG CAPSULE (dok 100 mg capsule)
TAKE 2 CAPSULES BY MOUTH TWICE A DAY
Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108589-1

*** KOP *** HYDROCORTISONE ACETATE 25 MG SUPP,RECT
(hydrocortisone ac 25 mg supp)
UNWRAP AND INSERT 1 SUPPOSITORY INTO THE RECTUM 1-2 TIMES A DAY AS NEEDED
Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108590-1

APR 1 2 2010

| Name: | MCDOWELL, JEFFERY | Building: | SAC-C Unit | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C1-128U | | Yes | No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | | | | |

2/28/2010 6:25:28 PM

CL 232

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | S. Prasad | | | | | |

MIRTAZAPINE 45 MG PC TAB U/D (61079-0088-55) mirtazapine    Fill Date: 1/26/2010   Orig Fill Date: 12/30/2009   Rx#:6116220-2
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME                Days Supply: 30      Expire Date: 3/28/2010   Doctor: W. WHITE-MH

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** DOK 100 MG CAPSULE (00904-7889-80)          TAKE 2 CAPSULES BY MOUTH TWICE A DAY              Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108669-1

*** KOP *** FIBER-LAX CAPTABS (00536-4306-05)           TAKE 1 TABLET BY MOUTH TWICE DAILY WITH 8 OZ OF WATER   Fill Date: 1/21/2010   Expire Date: 2/28/2010   Rx#:6108688-3

*** KOP *** HYDROCORTISONE AC 25 MG SUPP (00713-0503-24)  UNWRAP AND INSERT 1 SUPPOSITORY INTO THE RECTUM 1-2 TIMES   Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108690-1
                                                        A DAY AS NEEDED

| | | |
|---|---|---|
| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit** | Housing |
| DOB: 2/7/1973 | CDCR # **H97882** | |

Allergies: **Grass Pollen-Kentucky Blue, Standard, Pollen Extracts**

Additional Pages In Use    Yes    No

1/31/2010 6:32:19 PM

**MEDICATION A** **IISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| D. Bodiroga LVN | BB | | | S. Prasad | | | |

MIRTAZAPINE 45 MG PC TAB U/D (51079-0088-56) mirtazapine

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 12/30/2009   Orig Fill Date: 12/30/2009   Rx#:6116220-1

Days Supply: 30   Expire Date: 3/28/2010   Doctor: W. WHITE-MH

| Admin | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | 2/1 | 2/2 | 2/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DW | X | X | X | X | X | | | | | | | | | | | | DB | | | | | | | | | | | | | | DB | | | |

*** DISCONTINUED *** MIRTAZAPINE 45 MG TABLET (65862-0032-30) mirtazapine

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 12/1/2009   Orig Fill Date: 10/9/2009   Rx#:6092813-3

Days Supply: 30   Expire Date: 12/28/2009   Doctor: R. COURDY-MH

**Allergies**

CRANS PRULES KENTUCKY BLUE STANDARD

POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB   2/7/1973

Building: SAC-C Unit

CDCR # H97882

Housing

C7 105U

Additional Pages In Use

Yes     No

MEDICATION AD..  .STRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** FIBER-LAX CAPTABS (00536-4306-05) calcium polycarbophil
TAKE 1 TABLET BY MOUTH TWICE DAILY WITH 8 OZ OF WATER

Fill Date: 12/28/2009     Orig Fill Date: 11/30/2009     Rx#:6108688-2

Days Supply: 30     Expire Date: 2/28/2010     Doctor: J. MA-MD

Sign/Date     _D. Body hope LVN  12/30/09_

Allergies

N... - . 1 EN, .E.N/G .T - P..TE  STANDARD
POLLEN, p.. I RAG.. 3

Name.  **MCDOWELL, JEFFERY**

DOB.   2/7/1973

Building:   SAC-C Unit

CDCR #   H97882

Housing

C7 105U

Additional Pages In Use

Yes        No

.2/30?h/sN .12.1.? :-9 -?M

MEDICATION AL ISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| *** KOP *** IBUPROFEN 600 MG TABLET [00603-4022-28] Ibuprofen | Fill Date: 12/23/2009 | Orig Fill Date: 12/23/2009 | Rx#:6114972-1 |
| TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED | Days Supply: 15 | Expire Date: 1/22/2010 | Doctor: J. MA-MD |
| | Sign/Date | Prasad | 12-24 |

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name. **MCDOWELL, JEFFERY**

DOB  2/7/1973

Building  **SAC-C Unit**

CDCR #  **H97882**

Housing

**C7 105U**

Additional Pages In Use

Yes          No

12/24/2009 12 03.38 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | E Houll UM | VN | S Prasad | P | | |

**MIRTAZAPINE 45 MG TABLET (65862-0032-30) mirtazapine**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 11/4/2009
Days Supply: 30

Orig Fill Date: 10/9/2009
Expire Date: 12/31/2009

Rx#:6092813-2
Doctor: R. COURDY-MD

| Admin Time | 12/1 | 12/2 | 12/3 | 12/4 | 12/5 | 12/6 | 12/7 | 12/8 | 12/9 | 12/10 | 12/11 | 12/12 | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 | 12/20 | 12/21 | 12/22 | 12/23 | 12/24 | 12/25 | 12/26 | 12/27 | 12/28 | 12/29 | 12/30 | 12/31 | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** DOK 100 MG CAPSULE (00904-7889-80)

*** KOP *** FIBER-LAX CAPTABS (00536-4306-05)

*** KOP *** HYDROCORTISONE AC 25 MG SUPP (00713-0503-24)

TAKE 2 CAPSULES BY MOUTH TWICE A DAY

TAKE 1 TABLET BY MOUTH TWICE DAILY WITH 8 OZ OF WATER

UNWRAP AND INSERT 1 SUPPOSITORY INTO THE RECTUM 1-2 TIMES A DAY AS NEEDED

Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108689-1

Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108688-1

Fill Date: 11/30/2009   Expire Date: 2/28/2010   Rx#:6108690-1

| Name: | MCDOWELL, JEFFERY | Building: SAC-C Unit | Housing | Additional Pages in Use |
|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # H97882 | C7 105U | Yes    No |

Allergies: Grass Pollen-Kentucky Blue, Standard, Pollen Extracts

12/1/2009 12:14:12 AM

MEDICATION ADM. .STRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*** KOP *** DOK 100 MG CAPSULE (00904-7889-80) docusate sodium

TAKE 2 CAPSULES BY MOUTH TWICE A DAY

Fill Date: 11/30/2009    Orig Fill Date: 11/30/2009    Rx#:8106689-1

Days Supply: 30    Expire Date: 2/28/2010    Doctor: J. MA-MD

Sign/Date    *D. Bodiroga LVN 12/1/09*

Allergies

GRASS POLLEN-KENTUCKY BLUE STANDARD
POLLEN EXTRACTS

Name. **MCDOWELL, JEFFERY**

DOB   2/7/1973

Building: **SAC-C Unit**

CDCR # **H97882**

Housing

**C7 105U**

Additional Pages In Use

Yes    No

*12/1/2009 4:04:50 PM*

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
|  |  | M. Ceau~ | CC | B. Wall RN | KW |  | 16 |

**MIRTAZAPINE 45 MG TABLET (50505-0249-08) mirtazapine**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 10/9/2009    Orig Fill Date: 10/9/2009    Rxf:5092813-1
Days Supply: 30    Expire Date: 12/31/2009    Doctor: R. COURDY-MD

| Admin Time | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 | 12/1 | 12/2 | 12/3 | 12/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X |  |  |  |  | CB | P | P | P | P | P |  | W | W | DW | P | P | P | S | S | S | PW | PW |  |  | W | KW | KW | KW |  |  |  |  |

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** |  | | Yes | No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | | | | |

11/1/2009 12:22:41 AM

7-105

DICATION   NISTRATION RECORD ***

| E OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | *auttmier wn* | *ow* | | | *WWindingeth nw* | |

:TAZAPINE 45 MG TABLET (60505-0249-06) mirtazapine
:E 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 10/9/2009     Orig Fill Date: 10/9/2009     Rx#:6092813-1
Days Supply: 30     Expire Date: 12/31/2009     Doctor: R. CDURDY-MD

| in e | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | | | | | | | | |

DISCONTINUED *** MIRTAZAPINE 45 MG TABLET (60505-0249-06) mirtazapine
:E 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 9/30/2009     Orig Fill Date: 7/15/2009     Rx#:6070454-4
Days Supply: 13     Expire Date: 10/2/2009     Doctor: R. COURDY-MD

**Allergies**

GRASS POLLEN-KENTUCKY BLUE. STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**
DOB:   2/7/1973

Building:   **SAC-C Unit**
CDCR #   **H97882**

CH-119
Housing
**C2 200L**

Additional Pages In Use
Yes     No

10/9/2009 4:53:08 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Wittmier WN | QW | S Prasad | SP | | |

**MIRTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine**
**TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME**

Fill Date: 9/30/2009  Orig Fill Date: 7/15/2009  Rx#:6070454-4
Days Supply: 13  Expire Date: 10/13/2009  Doctor: R. COURDY-MD

| Admin Time | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K; | | X | X | QW | SP | SP | SP | SP | SP | SP10~ | | SS ad | hel | | | NMR | | | | | | | | | | | | | | | |

*** KOP *** NAPROXEN 500 MG TABLET (00904-5591-40)   TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED   Fill Date: 8/13/2008   Expire Date: 10/12/2009   Rx#:6078852-1

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit** | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C2 209L** | | Yes | No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | | | | |

9/30/2009 11:54:04 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | *illegible* WN | | S Prasad | | | |

MIRTAZAPINE 45 MG TABLET (60505-0249-08) Mirtazapine
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 8/10/2009   Orig Fill Date: 7/15/2009   Rx#: 607245412
Days Supply: 30   Expire Date: 10/13/2009   Doctor: R. COURDY MD

| Admin Time | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 | 10/1 | 10/2 | 10/3 | 10/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** KOP *** NAPROXEN 500 MG TABLET (00904-5921-40)   TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED   Fill Date: 8/13/2009   Expire Date: 10/12/2009   Rx#: 607885251

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit** | Housing | Additional Pages in Use | |
|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C2 209L** | Yes | No |

9/1/2009 12:03:46 AM

| NAME OF RN/LVN | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | |
|---|---|
| KOP = NAPROXEN 500 MG TABLET (00904-5591-40) naproxen | Fill Date: 8/13/2009   Orig Fill Date: 8/13/2009   RX#:6078852-1 |
| KE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED | Days Supply: 15   Expire Date: 10/12/2009   Doctor: BE. HAMKAR MD |

Sign/Date *Kelly E Howell* LVN 8/13/08

GRASS POLLEN-KENTUCKY BLUE, STANDARD

POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C2 209L** | Yes        No |

8/13/2009 4:31:34 PM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | C. SUMERS LVN | | | | | |
| | | D Wittmier LVN | | | | | |

**ACETAMINOPHEN-COD #3 TABLET UD (53738-0004:10) acetaminophen with codeine phosphate**
TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 21 DAYS

Fill Date: 7/30/2009   Orig Fill Date: 7/30/2009   Rx#:41072823-1
Days Supply: 21   Expire Date: 8/20/2009   Doctor BE: HAMKAR MD

| Admin Time | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MIRTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 7/15/2009   Orig Fill Date: 7/15/2009   Rx#:6070464-1
Days Supply: 30   Expire Date: 10/13/2009   Doctor: R. COURDY-MD

| Admin Time | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 | 9/1 | 9/2 | 9/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS**

| Name: | MCDOWELL, JEFFERY | Building: | SAC-C Unit | Housing | Additional Pages in Use |
|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C2 209L | Yes   No |

8/1/2009 12:03:39 AM

S Prasad          C. SUMERS LVN

ACETAMINOPHEN-COD UC TABLET UD (63739-0004-10) acetaminophen with codeine phosphate.     Fill Date: 7/30/2009     Orig Fill Date: 7/30/2009     Rx#: 4187282-1
TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 21 DAYS     Days Supply: 21     Expire Date: 8/20/2009     Doctor: BE. HAMKAR-MB

| Admin Time | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 | 8/1 | 8/2 | 8/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | |
| PM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | |

GRASS POLLEN-KENTUCKY BLUE; STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C2 209L** | .Yes    No |

7/31/2009 12:34:21 PM

**EDICATION ADI ITRATION RECORD**

| NAME OF RN/LVN/LP | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

* KOP *** IBUPROFEN 400 MG TABLET (00904-1748-40) Ibuprofen

AKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN

Fill Date: 7/16/2009     Orig Fill Date: 7/16/2009     Rx#:6071146-1

Days Supply: 15     Expire Date: 8/15/2009     Doctor: BE. HAMKAR-MD

Sign/Date

GRASS POLLEN-KENTUCKY BLUE, STANDARD

POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit** | Housing | Additional Pages In Use | |
|---|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C2 209L** | Yes | No |

7/17/2009 12:37:53 PM

| | | JRD *** | | NAME OF RN/LVN/LPT | | INITIAL | | JF RN/LVN/LPT | | INITIAL | | NAME OF RN/LVN/LPT | | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INITIAL | | | | | | S. Prasad | | V | | | | 1C |

**K ZAPINE 45 MG TABLET (60505-0249-08) mirtazapine**
KE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 7/15/2009    Orig Fill Date: 7/15/2009    Rx#:6070454-1
Days Supply: 30    Expire Date: 10/13/2009    Doctor: R. COURDY-MD

| 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 | 8/1 | 8/2 | 8/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | | | | | | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD**
**POLLEN EXTRACTS**

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit** | Housing | | Additional Pages in Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C2 209L** | | Yes | No |

7/15/2009 6:03:35 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MIRTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 6/22/2009    Orig Fill Date: 4/27/2009    Rx#:6039663-3
Days Supply: 15         Expire Date: 7/7/2009         Doctor: J. KISTLER-MD

| Admin Time | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** ALLER-CHLOR 4 MG TABLET (00536-3467-10)     TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED     Fill Date: 5/20/2009     Expire Date: 7/29/2009     Rx#:6046484-2

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C2 209L** | Yes        No |

7/1/2009 12:02:59 AM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | Charles Wood, LVN, DSD | | | | | |

**ABILIFY 20 MG TABLET UD (59148-0010-13) aripiprazole**
TAKE 1 TABLET BY MOUTH EVERY EVENING

Fill Date: 8/26/2008  Orig Fill Date: 5/29/2009  Rx#:6056609-2
Days Supply: 30  Expire Date: 9/7/2009  Doctor: G. DOWNING-MH

| Admin Time | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 | 8/1 | 8/2 | 8/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**CHLORPROMAZINE 100 MG TABLET (00832-0303-10) chlorpromazine hcl**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **DOT**

Fill Date: 6/9/2009  Orig Fill Date: 6/9/2009  Rx#:6055929-1
Days Supply: 30  Expire Date: 9/7/2009  Doctor: G. DOWNING-MH

| Admin Time | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 | 8/1 | 8/2 | 8/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** KOP *** BULLFROG SUPER BLOCK SUNBLOCK SPF 50 LOTION (41167-0330-40)  USE AS DIRECTED  Fill Date: 6/15/2009  Expire Date: 9/13/2009  Rx#:6061436-1
*** KOP *** NAPROXEN 500 MG TABLET (00904-5691-40)  TAKE 1 TABLET BY MOUTH TWICE DAILY AFTER MEALS  Fill Date: 6/19/2009  Expire Date: 7/19/2009  Rx#:6063152-1
*** KOP *** PC TAR SHAMPOO (54162-0200-06)  APPLY TO SCALP ONCE A DAY  Fill Date: 6/5/2009  Expire Date: 9/3/2009  Rx#:6058896-1
*** KOP *** TRIAMCINOLONE 0.1% CREAM (00168-0004-80)  APPLY TOPICALLY EVERY DAY  Fill Date: 6/5/2009  Expire Date: 8/4/2009  Rx#:6058697-1

**NO ALLERGIES ON FILE**

| Name: | **COURTNEY, DION** | Building: | SAC-B Main | Housing | Additional Pages In Use |
|---|---|---|---|---|---|
| DOB: | 4/24/1977 | CDCR # | **F87982** | **B6 108U** | Yes   No |

6/30/2009 11:57:05 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | *Clenciure* | *Cen* | *S Prasad* | | *Ducliun* | |

MIRTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

**Fill Date: 5/28/2009**     **Orig Fill Date: 4/27/2009**     **Rx#:6039663-2**
**Days Supply: 30**     **Expire Date: 7/7/2009**     **Doctor: J. KISTLER-MD**

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*** KOP *** ALLER-CHLOR 4 MG TABLET (00536-3467-10)     TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED     **Fill Date: 5/20/2009     Expire Date: 7/29/2009     Rx#:6046494-2**

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit** | Housing | Additional Pages In Use | |
|---|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C2 209L** | Yes | No |

8/1/2009 12:02:14 AM

**MEDICATION A     IISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

*** KOP *** ALLER-CHLOR 4 MG TABLET (00536-3467-10) chlorpheniramine maleate
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED

Fill Date: 5/20/2009     Orig Fill Date: 4/30/2009     Rx#:6046494-2
Days Supply: 15     Expire Date: 7/29/2009     Doctor: BE. HAMKAR-MD

Sign/Date

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB:   2/7/1973

Building:   SAC-C Unit

CDCR #   H97882

Housing

**C2 209L**

Additional Pages In Use

Yes     No

5/20/2009 4:40:26 PM

**MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | S Prasad | SP | J S lilula | J |

**MIRTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 4/27/2009    Orig Fill Date: 4/27/2009    Rx#:6039663-1
Days Supply: 30    Expire Date: 7/7/2009    Doctor: J. KISTLER-MD

| Admin Time | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 5/11 | 5/12 | 5/13 | 5/14 | 5/16 | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | 5/28 | 5/29 | 5/30 | 5/31 | 6/1 | 6/2 | 6/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KS | X | | | SP | SP | | | | SP | SP | | | | | | SP | SP | DB | SP | | SP | | | | SP | SP | | | | | SP | | |

*** KOP *** ALLER-CHLOR 4 MG TABLET (00536-3467-10)     TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED     Fill Date: 4/30/2009     Expire Date: 7/29/2009     Rx#:6046494-1

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit | Housing | | Additional Pages in Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C2 209L** | | Yes | No |

4/30/2009 11:59:51 PM

MEDICA  ADMINISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

\*\*\* KOP \*\*\* ALLER-CHLOR 4 MG TABLET (00636-3467-10) chlorpheniramine maleate

TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED

Fill Date: 4/30/2009   Orig Fill Date: 4/30/2009   Rx#:6046494-1

Days Supply 15   Expire Date: 7/29/2009   Doctor: BE. HAMKAR-MD

Sign/Date _Kelly E Darnell LVN 4/30/09_

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB:  2/7/1973

Building:  **C Unit**

CDCR #  **H97882**

Housing

**C2 209L**

Additional Pages In Use

Yes   No

4/30/2009 4:56:00 PM

**MEDICATI‍ ‍ ‍MINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | S Rasael | SP | | |

MIRTAZAPINE 45 MG TABLET (50505-0249-08) mirtazapine

Fill Date: 4/27/2009  Orig Fill Date: 4/27/2009  Rx#:6039663-1

Days Supply: 30   Expire Date: 7/7/2009   Doctor: J. KIST‍ ‍ER‑MD

| | | | 4/7 | 4/8 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x. | x | x | x | x | x | SP | SP | YON | YOU | | | | |

*** DISCONTINUED *** MIRTAZAPINE 45 MG TABLET (60605-0249-08) mirtazapine

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 4/1/2009   Orig Fill Date: 3/5/2009   Rx#:8028861-2

Days Supply: 30   Expire Date: 4/8/2009 3:23:11  Doctor: J. WABIN-MD

**Allergies**

GRASS POLLEN-KENTUCKY BLUE, STANDARD

POLLEN EXTRACTS

| Name: | MCDOWELL, JEFFERY | Building | C Unit | Housing | Additional Pages in Use |
|---|---|---|---|---|---|
| DOB | 2/7/1973 | CDCR # | H97882 | C2 209L | Yes    No |

4/27/2009 3:46:57 PM

MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

KOP *** ALLER-CHLOR 4 MG TABLET (00536-3467-10) chlorpheniramine maleate  Fill Date: 4/10/2009  Orig Fill Date: 4/10/2009  Rx#:6040455-1
KE 1 TABLET BY MOUTH 3 TIMES A DAY FOR 10 DAYS  Days Supply: 10  Expire Date: 4/20/2009  Doctor: BESHAMKAR-MD

Sign/Date

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: C Unit | Housing | Additional Pages in Use | |
|---|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C2 209L** | Yes | No |

4/10/2009 4:20:28 PM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | D. J. WULF, LVN, CCHP | | Krosad | SP | | |

**MIRTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/5/2009
Days Supply: 30

Orig Fill Date: 3/5/2009
Expire Date: 6/3/2009

Rx#:6028851-1
Doctor: J. WABIN-MD

| Admin Time | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | Y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**RISPERIDONE 2 MG TABLET (00093-7241-06) risperidone**
TAKE 1 TABLET BY MOUTH EVERY EVENING

Fill Date: 3/4/2009
Days Supply: 30

Orig Fill Date: 2/6/2009
Expire Date: 5/6/2009

Rx#:6020161-2
Doctor: J. WABIN-MD

| Admin Time | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD POLLEN EXTRACTS**

| Name: | **MCDOWELL, JEFFERY** | Building: | C Unit | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR# | H97882 | C2 209L | | Yes | No |

3/31/2009 11:58:38 PM

EDICATION ADMINISTRATION RECORD ***

| ME OF RN/LVI- | INITIAL | NAME OF RN/LVN/LPT | INITIAL | AME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | D.BROWN LVN | M | S.Prasad | P | Chau. Weal LW JU | L |

RTAZAPINE 45 MG TABLET (60505-0249-08) mirtazapine  
KE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 3/5/2009  
Days Supply: 30

Orig Fill Date: 3/5/2009  
Expire Date: 6/3/2009

Rx#:6028851-1  
Doctor: J. WABIN-MD

| min ne | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/8 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | | | | | sP | | | | m | s | s | | | s | | | | s | | | | | | | | s | | s | |

* DISCONTINUED *** MIRTAZAPINE 30 MG TABLET (60505-0248-08) mirtazapine  
  TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 2/3/2009  
Days Supply: 30

Orig Fill Date: 12/9/2008  
Expire Date: 2/5/2009

Rx#:4104467-3  
Doctor: J. WABIN-MD

* DISCONTINUED *** MIRTAZAPINE 30 MG TABLET (60505-0248-08) mirtazapine  
  KE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME          & Date:

Fill Date: 2/26/2009  
Days Supply: 30

Orig Fill Date: 2/26/2009  
Expire Date: 5/8/2009

Rx#:6020148-1  
Doctor: J. WABIN-MD

GRASS POLLEN-KENTUCKY BLUE, STANDARD  
POLLEN EXTRACTS

| Name: | MCDOWELL, JEFFERY | Building: C Unit | Housing | Additional Pages In Use |
|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # H97882 | C2 209L | Yes    No |

3/5/2009 4:21:35 PM

**MEDICATION    ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | D. Brown LVN | M | Charles Wood, LVN, DSD | | | |

MIRTAZAPINE 30 MG TABLET (60505-0248-08) mirtazapine
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 2/26/2009    Orig Fill Date: 2/26/2009    Rx#:6020148-1
Days Supply: 30    Expire Date: 5/6/2009    Doctor: J. WABIN-MD

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | Y | + | + | Y | | DC | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

RISPERIDONE 2 MG TABLET (50458-0593-50) risperidone
TAKE 1 TABLET BY MOUTH EVERY EVENING

Fill Date: 2/6/2009    Orig Fill Date: 2/6/2009    Rx#:6020151-1
Days Supply: 30    Expire Date: 5/6/2009    Doctor: J. WABIN-MD

| Admin Time | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 | 4/1 | 4/2 | 4/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | Y | + | + | Y | S | M | A | S | S | S | S | S | | M | S | S | S | S | S | | | S | S | S | S | S | | | Y | S | | S |

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

---

**Name: MCDOWELL, JEFFERY**

DOB: 2/7/1973

Building: C Unit

CDCR #  **H97882**

Housing  **C2 209L**

Additional Pages In Use    Yes    No

2/28/2009 11:55:33 PM

| ME OF RN/L | PT | | INITIAL | NAME OF RN/LVN/LPT | | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|

S Prasad   SP

IRTAZAPINE 30 MG TABLET (60505-0248-08) mirtazapine

\KE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME.

Fill Date: 2/26/2009
Days Supply: 30

Orig Fill Date: 2/26/2009
Expire Date: 5/6/2009

Rx#:6020148-1
Doctor: J. WABIN-MD

| min me | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**

DOB: 2/7/1973

Building: C Unit

CDCR # **H97882**

Housing

**C2 209L**

Additional Pages In Use

Yes     No

2/26/2009 4:23:44 PM

| | INITIAL | NAME OF RN/LVN/LPT | INITL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | DBrown Lvn | A | | | | | |

**RISPERIDONE 2 MG TAB REF/50458-0593500 risperidone**
**TAKE 1 TABLET BY MOUTH EVERY EVENING**

Fill Date: 2/5/2009  Orig Fill Date: 2/5/2009  RX#50051131
Days Supply: 30  Expire Date: 5/6/2009  Doctor: WABINGUD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | x | x | x | x | x | W | M | sl | M | sl | sl | sl | W | W | sl | M | W | sl | sl | cn | cn | M | sl | sl | sl | sl | | | | SP | sP | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD**
**POLLEN EXTRACTS**

| Name: **MCDOWELL, JEFFERY** | Building: C Unit | Housing | Additional Pages In Use | |
|---|---|---|---|---|
| DOB: 2/7/1973 | CDCR# **H97882** | **C2 209L** | Yes | No |

2/5/2009 3:38:59 PM

| ...N/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | N | E RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | NITIAL |
|----------|---------|--------------------|---------|---|--------------|---------|--------------------|--------|
|          |         |                    |         |   |              |         |                    |        |
|          |         |                    |         |   |              |         |                    |        |

** DISCONTINUED ** RISPERIDONE, 1 MG TABLET (60505-2566-05) risperidone
AKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
Fill Date: 2/3/2009    Orig Fill Date: 12/9/2008    Rx#: 108188-3
Days Supply: 30    Expire Date: 3/9/2009    Doctor: SWABING MD

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: C Unit | Housing | Additional Pages In Use | |
|-----------------------------|------------------|---------|-------------------------|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C2 209L** | Yes | No |

2/5/2009 12:58:48 PM

**...RATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | D.BROWN-LVN | M | | | K 2 | h |

**MIRTAZAPINE 30 MG TABLET (60505-0248-08) mirtazapine**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 1/8/2009
Days Supply: 30
Orig Fill Date: 12/9/2008
Expire Date: 3/9/2009
Rx#:4104467-2
Doctor: J. WABIN-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | sl | sl | sl | M | M | sl | sP | sP | sl | sP | h | h | sl | ON | | sP | sl | M | M | M | sP | s | sP | sP | See | | nei | | MAR | | |

**RISPERIDONE 1 MG TABLET (60505-2588-05) risperidone**
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 1/8/2009
Days Supply: 30
Orig Fill Date: 12/9/2008
Expire Date: 3/9/2009
Rx#:4104468-2
Doctor: J. WABIN-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | sP | sP | sl | | See | | new | | order | | | | | | | | | | | | | | | | | | | | | | | |

**GRASS POLLEN-KENTUCKY BLUE, STANDARD**
**POLLEN EXTRACTS**

| Name: | MCDOWELL, JEFFERY | Building: | C Unit | Housing | | Additional Pages in Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | H97882 | C2 209L | | Yes | No |

1/31/2009 11:49 10 PM

| MEDICATION A͓ ͏STRATION RECORD | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | | INITIAL | NAME OF RN/LVN/LPT | | INITIAL |
| | | | | | | | | | |
| | | | | | | | | | |

*** KOP *** FLUNISOLIDE 25 MCG (0.025 %) SPRAY (flunisolide 0.025% spray)
USE 2 SPRAYS IN EACH NOSTRIL TWICE A DAY

Fill Date: 6/21/2011  Orig Fill Date: 6/21/2011  Rx#: 126240972
Days Supply: 25  Expire Date 8/17/2011  Doctor: J. MA-MD
Sign/Date

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| Name: **MCDOWELL, JEFFERY** | Building: **SAC-C Unit Cart 1** | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: 2/7/1973 | CDCR # **H97882** | **C1 232U** | Yes    No |

6/21/2011 4:52:39 PM

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAM | RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

*** KOP *** **LORATADINE 10 MG TABLET** (loratadine 10 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 6/8/2011    Orig Fill Date: 4/13/2011    Rx#: 456145616-2
Days Supply: 30    Expire Date: 7/12/2011    Doctor: J. MA-MD

Sign/Date    B. Saestousn   6-9-11

**GRASS POLLEN-KENTUCKY BLUE, STANDARD**
**POLLEN EXTRACTS**

| Name: | **MCDOWELL, JEFFERY** | Building: | **SAC-C Unit Cart 1** | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR # | **H97882** | **C1 232U** | | Yes | No |

6/9/2011 9:31:34 AM

MEDICATION ADMINISTRATION RECORD ***

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | K. Owens, LVN | Ko. | | | Saeteurn, WN | |

**MIRTAZAPINE 30 MG TABLET** (mirtazapine 30 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

Fill Date: 5/24/2011
Days Supply: 30

Orig Fill Date: 5/24/2011
Expire Date: 6/20/2011

Rx#: 456160942
Doctor: W. WHITE-MH

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**OXcarbazepine 600 mg Tab** (oxcarbazepine 600 mg tablet (r))
(START 5/25/2011) TAKE 1 TABLET BY MOUTH TWICE DAILY FOR CHRONIC PAIN

Fill Date: 5/18/2011
Days Supply: 30

Orig Fill Date: 5/18/2011
Expire Date: 8/16/2011

Rx#: 456168018
Doctor: J. MA-MD

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**\*\*\* KOP \*\*\* CHLORHEXIDINE GLUCONATE 4 %
LIQUID** (chlorhexidine 4% scrub)
**\*\*\* KOP \*\*\* LORATADINE 10 MG TABLET** (loratadine
10 mg tablet)

APPLY TO SKIN DAILY FOR 7 DAYS, THEN EVERY
OTHER DAY FOR 30 DAYS
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 4/13/2011

Fill Date: 6/11/2011

Expire Date: 7/12/2011

Expire Date: 7/12/2011

Rx#: 126224275

Rx#: 456145615

| Name: | **MCDOWELL, JEFFERY** | Building: | SAC-C Unit Cert 1 | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 2/7/1973 | CDCR #: | **H97882** | **C1 232U** | | Yes | No |
| Allergies: | Grass Pollen-Kentucky Blue, Standard, Pollen Extracts | | | | | | |

05/31/2011 21 02 58 (Database status: 05/31/2011 17:17:25)

| NAME OF RN/LVN/ | INITIAL | NAME OF RN/LVN/LPT | INITIAL | ME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

*** KOP *** **LORATADINE 10 MG TABLET** (loratadine 10 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 6/23/2011  Orig Fill Date: 6/23/2011  Rx#: 456171403-1
Days Supply: 30  Expire Date: 9/21/2011  Doctor: J. MA-MD

Sign/Date

*** DISCONTINUED *** **LORATADINE 10 MG TABLET** (loratadine 10 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY DAY

Fill Date: 6/8/2011  Orig Fill Date: 4/13/2011  Rx#: 456145616-2
Days Supply: 30  Expire Date: 9/21/2011  Doctor: J. MA-MD

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

Name: **MCDOWELL, JEFFERY**    Building: **SAC-C Unit Cart 1**    Housing    Additional Pages In Use

DOB: 2/7/1973    CDCR # **H97882**    **C1 232U**    Yes    No

8/27/2011 9:30:57 AM

MEDIC.   **ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| TB | TB | K. Owens | KO | S. Prasad | SP | R. Sae teurn, wo B | |

**OXcarbazepine 300 mg Tab** (oxcarbazepine 300 mg tablet ud)
TAKE 1 TABLET BY MOUTH TWICE A DAY (TOTAL 900 MG) FOR CHRONIC PAIN

Fill Date: 6/24/2011   Orig Fill Date: 6/24/2011   Rx#: 126241729
Days Supply: 15   Expire Date: 9/22/2011   Doctor: J. MA-MD

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| PM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | |

**OXcarbazepine 600 mg Tab** (oxcarbazepine 600 mg tablet ud)
TAKE 1 TABLET BY MOUTH TWICE A DAY FOR CHRONIC PAIN (TOTAL 900 MG)

Fill Date: 6/24/2011   Orig Fill Date: 6/24/2011   Rx#: 126241731
Days Supply: 15   Expire Date: 9/22/2011   Doctor: J. MA-MD

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| PM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | |

GRASS POLLEN-KENTUCKY BLUE, STANDARD
POLLEN EXTRACTS

| | | | | |
|---|---|---|---|---|
| **Name:** MCDOWELL, JEFFERY | **Building:** SAC-C Unit Cart 1 | | **Housing** | **Additional Pages In Use** |
| **DOB:** 2/7/1973 | **CDCR #** H97882 | | C1 232U | Yes   No |

6/24/2011 3:45:14 PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

 **ORIGINAL**

Mr. Jeffrey McDowell

v.
CAL PIA ,California Dept. of
Corrections and Rehab. et,al.

Case Number:

PROOF OF SERVICE

/

I hereby certify that on _____1|24|13_____, I served a copy

of the attached _____42 Civil Complaint 1983_____

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_C.S.P. Solano_____:

(List Name and Address of Each
Defendant or Attorney Served)
EASTERN DISTRICT COURT                          CAL PIA
501 'I'st                                        560 East Natoma St
sac, Ca                                          Folsom, Ca
95814                                            95630

I declare under penalty of perjury that the foregoing is true and correct.

_____McDowell_____
(Signature of Person Completing Service)