IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY McDOWELL,

    Plaintiff,                    No. 2:13-cv-0170 CKD P

    vs.

CAL PIA, et al.,

    Defendants.            <u>ORDER</u>

                            /

        By an order filed January 31, 2013, plaintiff was ordered to submit a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (Dkt. No. 3.) The thirty day period has now expired, and plaintiff has not paid the appropriate filing fee. Plaintiff has consented to this court's jurisdiction. (Dkt. No. 4.)

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: March 20, 2013

                                                          */s/ Carolyn K. Delaney*
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

2 / mcdo0170.fifp

1