IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY McDOWELL,

       Plaintiff,                     No. 2:13-cv-0170 CKD P

    vs.

CAL PIA, et al.,

       Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, commenced this action with the filing of a complaint on January 28, 2013.  (Dkt. No. 1.)  He consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.  (Dkt. No. 4.)  By order filed March 20, 2013, the undersigned ordered that this action be dismissed without prejudice due to plaintiff's failure to timely file an application to proceed in forma pauperis.  (Dkt. Nos. 5, 6.)

        On April 8, 2013, plaintiff filed a motion for reconsideration of the judgment of dismissal, attaching a proposed amended complaint and a copy of his request for a trust account statement.  (Dkt. No. 7.)  Local Rule 305(c) provides: "Upon the entry of a final judgment in any action disposed of by a Magistrate Judge on consent of the parties under the authority of 28 U.S.C. § 636(c) and these Rules, an aggrieved party may appeal directly to the United States Court of Appeals for the Ninth Circuit in the same manner as governs appeals from any other

1 | final judgment of the Court." <u>See</u> Fed. R. Civ. P. 73(c).  Moreover, the undersigned's March 20,
2 | 2013 order of dismissal is not "clearly erroneous or contrary to law." <u>See</u> Local Rule 303(f).
3 |     Accordingly, plaintiff's April 8, 2013 motion for reconsideration (Dkt. No. 7) is
4 | denied.

Dated: April 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
mcdo0170.850